| | |
|---|---|
| **1. ISSUE DATE:** 5/21/2013 | |
| **2a. FTCA DEEMING NOTICE NO.:**<br>1-F00000117-13-01 | DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES<br>HEALTH RESOURCES AND SERVICES<br>ADMINISTRATION |
| **2b. Supersedes: [ ]** | |
| **3. COVERAGE PERIOD:**<br>**FROM:** 1/1/2014 **THROUGH:** 12/31/2014 | |
| **4. NOTICE TYPE:** Renewal | |

DEPARTMENT OF HEALTH AND
HUMAN SERVICES
HEALTH RESOURCES AND SERVICES
ADMINISTRATION

**HRSA**

**NOTICE OF DEEMING ACTION**

**FEDERAL TORT CLAIMS ACT AUTHORIZATION:**
Federally Supported Health Centers Assistance Act
(FSHCAA), as amended,
Sections 224(g)-(n) of the Public Health Service (PHS)
Act, 42 U.S.C. § 233(g)-(n)

**5a. ENTITY NAME AND ADDRESS:**
UNITY HEALTH CARE, INC.
1220 12TH STREET SOUTHEAST STE 120
WASHINGTON, DC 20003-3733

**6. ENTITY TYPE:** Grantee

**7. EXECUTIVE DIRECTOR:**
Vincent A Keane

**8a. GRANTEE ORGANIZATION:**
UNITY HEALTH CARE, INC.

**8b. GRANT NUMBER:** H80CS00070

**9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

    a. The authorizing program legislation cited above.
    b. The program regulation cited above, and,
    c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

**10. Remarks:**

The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Jim Macrae, Associate Administrator for Primary Health Care on: 5/21/2013 3:55:36 PM*

| FTCA DEEMING NOTICE NO.:<br>1-F00000117-13-01 | GRANT NUMBER:<br>H80CS00070 |  |
|---|---|---|

**UNITY HEALTH CARE, INC.**
**1220 12TH STREET SOUTHEAST STE 120**
**WASHINGTON, DC 20003-3733**

Dear Vincent A Keane:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems UNITY HEALTH CARE, INC. to be an employee of the PHS, for the purposes of section 224, effective 1/1/2014 through 12/31/2014.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both UNITY HEALTH CARE, INC. and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the Bureau of Primary Health Care (BPHC) Help Line at 1-877-974-2742 or bphchelpline@hrsa.gov.

| | |
|---|---|
| **1. ISSUE DATE:** 6/26/2014 | |
| **2a. FTCA DEEMING NOTICE NO.:**<br>1-F00000117-14-01 | DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES<br>HEALTH RESOURCES AND SERVICES<br>ADMINISTRATION |
| **2b. Supersedes: [ ]** | |
| **3. COVERAGE PERIOD:**<br>**FROM:** 1/1/2015 **THROUGH:** 12/31/2015 | |
| **4. NOTICE TYPE:** Renewal | |
| **5a. ENTITY NAME AND ADDRESS:**<br>UNITY HEALTH CARE, INC.<br>1220 12TH STREET SOUTHEAST STE 120<br>WASHINGTON, DC 20003-3733 | **NOTICE OF DEEMING ACTION**<br><br>**FEDERAL TORT CLAIMS ACT AUTHORIZATION:**<br>Federally Supported Health Centers Assistance Act<br>(FSHCAA), as amended,<br>Sections 224(g)-(n) of the Public Health Service (PHS)<br>Act, 42 U.S.C. § 233(g)-(n) |
| **6. ENTITY TYPE:** Grantee | |
| **7. EXECUTIVE DIRECTOR:**<br>Vincent A Keane | |
| **8a. GRANTEE ORGANIZATION:**<br>UNITY HEALTH CARE, INC. | |
| **8b. GRANT NUMBER:** H80CS00070 | |

**9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

    a. The authorizing program legislation cited above.
    b. The program regulation cited above, and,
    c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

**10. Remarks:**

**The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.**

*Electronically signed by Jim Macrae, Associate Administrator for Primary Health Care on: 6/26/2014 9:59:08 AM*

| FTCA DEEMING NOTICE NO.:<br>1-F00000117-14-01 | GRANT NUMBER:<br>H80CS00070 |  |
| --- | --- | --- |

**UNITY HEALTH CARE, INC.**
**1220 12TH STREET SOUTHEAST STE 120**
**WASHINGTON, DC20003-3733**

Dear Vincent A Keane:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems UNITY HEALTH CARE, INC. to be an employee of the PHS, for the purposes of section 224, effective 1/1/2015 through 12/31/2015.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both UNITY HEALTH CARE, INC. and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the Bureau of Primary Health Care (BPHC) Help Line at 1-877-974-2742 or bphchelpline@hrsa.gov.

D.C. Courts Home

## Court Cases Online

Case Search for: 2015 CA 4380

**Click here to view search criteria**

Search retrieved 1 case in less than a second.

All retrieved cases available for view

**Click here to view search results**

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

| 2015 CA 004380 M: MITCHELL, WALLACE G Vs. EPHRUSSI, Dr C., et al. | |
|---|---|
| Case Type: Malpractice | File Date: 06/16/2015 |
| Status: Open | Status Date: 06/16/2015 |
| Disposition: Undisposed | Disposition Date: |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| MITCHELL, WALLACE G | | PLAINTIFF | PRO SE |
| EPHRUSSI, Dr C. | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| MORGAN, Dr AMY | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| SAVARESE, Dr ANN | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| MARSHALL, Dr D. | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| BAMMIDI, Dr NORA | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| BUSHCHULTE, Dr JULENDA | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| HARRISON, Dr KAREN | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| ENGIN | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| HIGHTOWER, P.A. | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| FITZGERALD, GLORIA | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| UNITY HEALTHCARE, INC. | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS | | Defendant | |
| HAMMOND | | Defendant | MCDERMOTT, BRYAN JONATHAN |
| CHUKWU | | Defendant | |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 12/18/2015 | 09:30 AM | Scheduling Conference Hearing |

| Docket Date | Description | Messages |
|---|---|---|
| 11/03/2015 | Notice: | Notice of the United States Under 42 U.S.C. 233(1) filed submitted. 11/03/2015 17:21. pla Attorney: TAAFFE, DAMON W (483874) |
| 10/30/2015 | Order Filed | Oral Ruling GRANTING Defendant District of Columbia Department of Correction's Motion to Dismiss submitted.. 10/30/2015 17:45. Pla signed by J/Okeefe. 10/30/2015 |
| 10/30/2015 | Miscellaneous Docket | Miscellaneous Docket: Order drafted memorializing the events of the SCH held on 10/30/2015 to be mailed to pro se Plaintiff for his records 10/30/2015. Signed by Judge O'Keefe, e-filed, e-served, and mailed to pro se plaintiff 10/30/2015. JMR. |
| 10/30/2015 | Event Resulted: | Event Resulted: The following event: Scheduling Conference Hearing scheduled for 10/30/2015 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Held. Courtroom A-47 (Courtsmart). Plaintiff present telephonically. Defendant Attys. McDermott and Jackson present. Preliminary Matters Discussed. Oral Ruling DENYING Petition For A Writ of Habeas Corpus Ad Testificandum by Judge O'Keefe in open court 10/30/15. Oral Ruling DENYING Motion to Stay Removal of Case to the United States District Court for the District of Columbia and Second Motion for Sanctions by Judge O'Keefe in open court 10/30/15. Oral Ruling GRANTING Motion to Amend Caption of Case by Judge O'Keefe in open court 10/30/15. Oral Ruling GRANTING Defendant District of Columbia Department of Correction's Motion to Dismiss by Judge O'Keefe in open court 10/30/15. Oral Ruling DENYING Motion for Sanctions by Judge O'Keefe in open court 10/30/15. Oral Ruling GRANTING Motion for Additional Extension of Time to File Response to the Complaint and/or Remove the Case to the United States District Court for the District of Columbia by Judge O'Keefe in open court 10/30/15. All Defendants have until 11/30/15 to file Responsive Pleadings. Case continued for Scheduling Conference 12/18/15 at 9:30am. ss/jmo<br><br>Judge: O'KEEFE, MICHAEL Location: Courtroom A-47 |
| 10/30/2015 | Oral Ruling on Written Motion Entered on the Docket | Oral Ruling GRANTING Motion for Additional Extension of Time to File Response to the Complaint and/or Remove the Case to the United States District Court for the District of Columbia by Judge O'Keefe in open court 10/30/15. All Defendant's have until 11/30/15 to file Responsive Pleadings. Entered on the Docket 10/30/15. |
| 10/30/2015 | Oral Ruling on Written Motion Entered on the Docket | Oral Ruling DENYING Motion for Sanctions by Judge O'Keefe in open court 10/30/15. Entered on the Docket 10/30/15. |

1:15-cv-1975
Doc. No. 0005

| Docket Date | Description | Messages |
|---|---|---|
| 10/30/2015 | Oral Ruling on Written Motion Entered on the Docket | Oral Ruling GRANTING Defendant District of Columbia Department of Correction's Motion to Dismiss by Judge O'Keefe in open court 10/30/15. Entered on the Docket 10/30/15. |
| 10/30/2015 | Oral Ruling on Written Motion Entered on the Docket | Oral Ruling GRANTING Motion to Amend Caption of Case by Judge O'Keefe in open court 10/30/15. Entered on the Docket 10/30/15. |
| 10/30/2015 | Oral Ruling on Written Motion Entered on the Docket | Oral Ruling DENYING Motion to Stay Removal of Case to the United States District Court for the District of Columbia and Second Motion for Sanctions by Judge O'Keefe in open court 10/30/15. Entered on the Docket 10/30/15. |
| 10/30/2015 | Oral Ruling on Written Motion Entered on the Docket | Oral Ruling DENYING Petition For A Writ of Habeas Corpus Ad Testificandum by Judge O'Keefe in open court 10/30/15. Entered on the Docket 10/30/15. |
| 10/30/2015 | Scheduling Conference Hearing | Scheduling Conference Hearing<br>Event: Scheduling Conference Hearing<br>Date: 12/18/2015 Time: 9:30 am<br>Judge: O'KEEFE, Location: Courtroom A-47 |
| 10/19/2015 | XGov't/Informa Pauperis Motion Filed | Petition For A Writ of Habeas Corpus Ad Testificandum Filed.<br>Attorney: PRO SE (999999)<br>PRO SE (Attorney) on behalf of WALLACE G MITCHELL (PLAINTIFF) |
| 09/25/2015 | Notice of Hearing Mailed Next Business Day | Notice of Hearing Mailed Next Business Day<br><br>Notice of Hearing<br>Sent on: 09/25/2015 06:49:04.99 |
| 09/22/2015 | Order Sua Sponte to/for: Entered on Docket | Order Sua Sponte Granting Plaintiff's Oral Motion for a continuance of the Initial Scheduling Conference, with consent of Defendants Signed by Judge O'Keefe on 9/22/15. Submitted 09/22/2015 13:24. ts.<br>Attorney: O'KEEFE, MICHAEL K (443696) |
| 09/22/2015 | Event Resulted: | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 09/25/2015 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Continued<br>Judge: O'KEEFE, MICHAEL Location: Courtroom A-47 |
| 09/22/2015 | Scheduling Conference Hearing | Scheduling Conference Hearing<br>Event: Scheduling Conference Hearing<br>Date: 10/30/2015 Time: 9:30 am<br>Judge: O'KEEFE, MICHAEL Location: Courtroom A-47 |
| 09/22/2015 | Order Sua Sponte to/for: Entered on Docket | Order Sua Sponte Granting Plaintiff's Oral Motion for a continuance of the Initial Scheduling Conference, with consent of Defendants, Entered on Docket 9/22/2015. Signed by Judge O'Keefe, e-filed, e-served on defense counsel, and mailed to pro se plaintiff 9/22/2015. JMR. |
| 09/18/2015 | Proof of Service | Proof of Service Affidavit Filed<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 09/18/2015 | XGov't/Informa Pauperis Motion Filed | Motion to Stay Removal of Case to the United States District Court for the District of Columbia and Second Motion for Sanctions Filed<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 09/18/2015 | Motion to Amend Filed: | Motion to Amend Caption of Case Filed:<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 09/18/2015 | Opposition Filed: | Opposition to Defendant District of Columbia Department of Correction's Motion to Dismiss Filed<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 09/11/2015 | Additional eFiling Document to | Additional eFiling Document to Defendant District of Columbia Department of Correction's Motion to Dismiss Filed. Submitted 09/11/2015 15:54. ts. |
| 09/11/2015 | Motion to Dismiss Filed | Defendant District of Columbia Department of Correction's Motion to Dismiss Filed. Submitted 09/11/2015 15:54. ts.<br>Attorney: JACKSON, Mr DAVID A (471535)<br>DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS (Defendant); Receipt: 319737 Date: 09/14/2015 |
| 09/10/2015 | Motion for Sanctions Filed | Motion for Sanctions Filed.<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 09/08/2015 | Additional eFiling Document to | Additional eFiling Document to Motion for Additional Extension of Time to File Response to the Complaint and/or Remove the Case to the United States District Court for the District of Columbia Filed. submitted 09/08/2015 13:41. cms. |
| 09/08/2015 | Motion to Extend Time to Respond Filed | Motion for Additional Extension of Time to File Response to the Complaint and/or Remove the Case to the United States District Court for the District of Columbia Filed. submitted 09/08/2015 13:41. cms.<br>Attorney: MCDERMOTT, BRYAN JONATHAN (1018462)<br>Dr C. EPHRUSSI (Defendant); Dr AMY MORGAN (Defendant); Dr ANN SAVARESE (Defendant); Dr D. MARSHALL (Defendant); Dr NORA BAMMIDI (Defendant); Dr JULENDA BUSHCHULTE (Defendant); Dr KAREN HARRISON (Defendant); Dr ENGIN (Defendant); P.A. HIGHTOWER (Defendant); GLORIA FITZGERALD (Defendant); UNITY HEALTHCARE, INC. (Defendant); Dr HAMMOND (Defendant); Receipt: 319369 Date: 09/09/2015 |
| 08/28/2015 | Alias Summons Requested as to: | Alias Summons Requested as to:<br>Dr KAREN HARRISON (Defendant); |
| 08/26/2015 | Order Filed | Order 1). Granting Defendants' Motion for Extension of Time to Respond to the Complaint; 2). Denying Plaintiff's Motion for Clarification of Order and Motion for the Court to Perfect Service by the U.S. Marshal; and 3). Granting Defendants' Request for Additional Time to Respond to Plaintiff's Complaint Signed by Judge O'Keefe on 08/26/2015. Submitted 08/26/2015 12:41 jhcs. |
| 08/26/2015 | Order Denying Motion * Entered on the Docket | Order Denying Defendant's Motions for Clarification and For Service by US Marshall Entered on the Docket 8/26/15. Signed by Jduge OKeefe efiled and eserved and mailed 8/26/15. TBW |
| 08/26/2015 | Order Granting Motion to Extend Time to Answer Complaint Entered on the Docket | Order Granting Motion to Extend Time to Answer Complaint Entered on the Docket 8/26/15. Signed by Jduge OKeefe efiled and eserved and mailed 8/26/15. TBW |
| 08/25/2015 | Notice of Acknowledgment of Service Filed | Notice of Acknowledgment of Service Filed<br>UNITY HEALTHCARE, INC. (Defendant) on 08/06/2015 |
| 08/19/2015 | Motion to Extend Time to Respond Filed | Motion for Extension of Time to File Response to the Complaint Filed.<br>Attorney: MCDERMOTT, BRYAN JONATHAN (1018462)<br>Dr C. EPHRUSSI (Defendant); Dr AMY MORGAN (Defendant); Dr ANN SAVARESE (Defendant); Dr D. MARSHALL (Defendant); Dr NORA BAMMIDI (Defendant); Dr JULENDA BUSHCHULTE (Defendant); Dr KAREN HARRISON (Defendant); Dr ENGIN (Defendant); P.A. HIGHTOWER (Defendant); GLORIA FITZGERALD (Defendant); UNITY HEALTHCARE, INC. (Defendant); Dr HAMMOND (Defendant); Receipt: 317879 Date: 08/20/2015 |
| 08/17/2015 | XGov't/Informa Pauperis Motion Filed | Second Motion for the Court to Perfect Service by the United States Marshall Filed<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 08/17/2015 | XGov't/Informa Pauperis Motion Filed | Motion for Clarification of Order Filed<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 08/11/2015 | Proof of Service | Proof of Service<br>Method : Service Issued |

| Docket Date | Description | Messages |
|---|---|---|
| | | Issued : 07/02/2015<br>Service : Summons Issued<br>Served : 08/06/2015<br>Return : 08/11/2015<br>On : UNITY HEALTHCARE, INC.<br>Signed By : Molly Evans<br><br>Reason : Proof of Service<br>Comment :<br><br>Tracking #: 5000161574 |
| 08/11/2015 | Notice of Acknowledgment of Service Filed | Notice of Acknowledgment of Service Filed<br>UNITY HEALTHCARE, INC. (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr HAMMOND on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr HAMMOND (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS on July 30, 2015, by the clerk pursuant to SCR 4(c)(4).<br>DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant UNITY HEALTHCARE, INC. on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>UNITY HEALTHCARE, INC. (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant GLORIA FITZGERALDon July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>GLORIA FITZGERALD (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant P.A. HIGHTOWER on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>P.A. HIGHTOWER (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr ENGIN on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr ENGIN (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr KAREN HARRISON on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr KAREN HARRISON (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr JULENDA BUSHCHULTE on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr JULENDA BUSHCHULTE (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr NORA BAMMIDI on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr NORA BAMMIDI (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr D. MARSHALL on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr D. MARSHALL (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr ANN SAVARESE on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr ANN SAVARESE (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr AMY MORGANon July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr AMY MORGAN (Defendant); |
| 07/30/2015 | Final Notice of Acknowledgment mailed to deft(s) on: | Final Notice of Acknowledgment of Receipt of Summons, Complaint, Initial Order and addendum mailed to defendant Dr C. EPHRUSSI on July 30, 2015, by the clerk pursuant to SCR 4(c)(4). dr<br>Dr C. EPHRUSSI (Defendant); |
| 07/27/2015 | Order Filed | Order Denying Motion for an Order Directing the Clerk of Court to Provide Service Documents Submitted 07/27/2015 16:43. Signed by Judge O'Keefe on 7/27/15. ts.<br>O'KEEFE, MICHAEL K (443696) |
| 07/27/2015 | Order Denying Motion Entered on the Docket | Order Denying Motionfor an Order Directing the Clerk of Court to Provide Service Documents Entered on the Docket 7/27/2015. Signed by J/O'Keefe, e-filed, e-served 7/27/2015. DS. |
| 07/22/2015 | Notice of Acknowledgment of Service Filed | Notice of Acknowledgment of Receipt of Summons, Complaint, and Initial Order.<br>DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS |
| 07/22/2015 | Notice of Acknowledgment of Service Filed | Notice of Acknowledgment of Receipt of Summons, Complaint, and Initial Order.<br>DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS |
| 07/20/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)MURIEL E. BOWSER ON BEHALF OF D.C. DEPARTMENT OF CORRECTIONS by the Clerk Pursuant to SCR 54-II this date: 7/20/2015.<br>DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS (Defendant); |
| 07/20/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)KARL RACINE, ATTORNEY GENERAL ON BEHALF OF D.C. DEPARTMENT OF CORRECTIONS by the Clerk Pursuant to SCR 54-II this date: 7/20/2015. gbc.<br>DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS (Defendant); |
| 07/17/2015 | Affidavit | Proof of Service Affidavit Filed<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 07/16/2015 | Returned Mail: | Notice of Acknowledgment of Receipt of Summons, Complaint and Initial Order on P.A. Gloria Fitzgerald<br>Entered on:<br>Mailed to: P.A. Gloria Fitzgerald<br>Address: 1901 D Street SE, WDC 20003<br>Returned to Court on: 7/16/15<br>Reason: return to sender |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. CHUKWU by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>UNITY HEALTHCARE, INC. (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. C. EPHRUSSI by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr C. EPHRUSSI (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. NORA BAMMIDI by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr NORA BAMMIDI (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. D MARSHALL by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr D. MARSHALL (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with | |

| Docket Date | Description | Messages |
|---|---|---|
| | Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. HAMMOND by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr HAMMOND (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. ANN SAVARESE by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr ANN SAVARESE (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. AMY MORGAN by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr AMY MORGAN (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. JULENDA BUSHCHULTE by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr JULENDA BUSHCHULTE (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. ENGIN by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr ENGIN (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)DR. KAREN HARRISON by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>Dr KAREN HARRISON (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)P.A. HIGHTOWER by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>P.A. HIGHTOWER (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)GLORIA FITZGERALD by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>GLORIA FITZGERALD (Defendant); |
| 07/09/2015 | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s) | Complaint Summons and I.O. with Acknowledgment Form mailed to Deft(s)UNITY HEALTHCARE, INC. by the Clerk Pursuant to SCR 54-II this date: 7/9/2015. GC<br>UNITY HEALTHCARE, INC. (Defendant); |
| 07/06/2015 | Motion Filed: | Motion for The Court to Perfect Service by The United States Marshal and to Arrange for the Plaintiff to Appear By Telephone Filed.<br>Attorney: PRO SE (999999)<br>PRO SE (Attorney) on behalf of WALLACE G MITCHELL (PLAINTIFF) |
| 07/06/2015 | Motion Filed: | Motion for An Order Directing The Clerk of Court to Provide Service Documents Filed.<br>Attorney: PRO SE (999999)<br>PRO SE (Attorney) on behalf of WALLACE G MITCHELL (PLAINTIFF) |
| 07/02/2015 | Service Issued | Issue Date: 07/02/2015<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>EPHRUSSI, Dr C.<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161564<br><br>MORGAN, Dr AMY<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161565<br><br>SAVARESE, Dr ANN<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161566<br><br>MARSHALL, Dr D.<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161567<br><br>BAMMIDI, Dr NORA<br>1220 12th Street, Suite 120<br>WASHINGTON, DC 20003<br>Tracking No: 5000161568<br><br>BUSHCHULTE, Dr JULENDA<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161569<br><br>HARRISON, Dr KAREN<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161570<br><br>ENGIN, Dr<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161571<br><br>HIGHTOWER, P.A.<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161572 |

| Docket Date | Description | Messages |
|---|---|---|
| | | FITZGERALD, GLORIA<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161573<br><br>UNITY HEALTHCARE, INC.<br>1220 12th Street, Suite 120<br>WASHINGTON, DC 20003<br>Tracking No: 5000161574<br><br>DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161575<br><br>HAMMOND, Dr<br>1901 D Street, SE<br>WASHINGTON, DC 20003<br>Tracking No: 5000161576 |
| 06/23/2015 | Returned Mail: | New Complaint<br>Entered on:<br>Mailed to: Wallace Mitchell<br>Address: 1901 D Street SE, WDC 20003<br>Returned to Court on: 6/23/15<br>Reason: return to sender |
| 06/15/2015 | Order Granting Motion to Proceed In Forma Pauperis Entered on the Docket | Order Granting Motion to Proceed In Forma Pauperis Entered on the Docket.<br>WALLACE G MITCHELL (PLAINTIFF); |
| 06/15/2015 | Motion to Proceed In Forma Pauperis Filed | (FOR MOTION TRACKING PURPOSES ONLY. SEE ENTRY BELOW FOR IMAGE) Motion to Proceed In Forma Pauperis Filed.<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 06/15/2015 | Motion to Proceed In Forma Pauperis Filed | Motion to Proceed In Forma Pauperis Filed.<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |
| 06/15/2015 | Event Scheduled | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 09/25/2015 Time: 9:30 am<br>Judge: O'KEEFE, MICHAEL Location: Courtroom A-47 |
| 06/15/2015 | Complaint for Malpractice Medical Filed | Complaint for Malpractice Medical Filed.<br>Attorney: PRO SE (999999)<br>WALLACE G MITCHELL (PLAINTIFF); |

| Receipt # | Date | From | Payments | | Fee | | Amount Paid |
|---|---|---|---|---|---|---|---|
| 319737 | 09/14/2015 | JACKSON | Efile | $20.00 | Cost | $20.00 | $20.00 |
| 319369 | 09/09/2015 | jonathan mcdermott | Efile | $20.00 | Cost | $20.00 | $20.00 |
| 317879 | 08/20/2015 | MCDERMOTT, BRYAN JONATHAN | Efile | $20.00 | Cost | $20.00 | $20.00 |

FELDESMAN + TUCKER + LEIFER + FIDELL

1129 20th Street, NW
Suite 400
Washington, DC 20036

**T.** 202.466.8960
**F.** 202.293.8103
**www.ftlf.com**

Molly S. Evans
mevans@FTLF.com

September 8, 2015

**VIA FEDEX**

Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
330 C Street, S.W.
Switzer Building, Suite 2600
Washington, DC  20201

Re:    Wallace Mitchell v. Unity Health Care, Inc.

Dear Ms. Christofferson:

Per your request, please find enclosed the following information:

1. Three copies of Unity Health Care ("Center") deeming letters for 2014 and 2015.

2. A letter identifying which individual(s) named in the complaint are employees of Unity Health Care, Inc.

3. Three copies of a typed narrative statement regarding the facts of the alleged incident, signed by Diana Lapp, M.D will be sent under separate cover.

4. Three copies of the W-2 forms for each individual involved in the incident who was working for the health center at the time of the alleged negligence (2014) and partial earnings statements for 2015.

5. Not applicable.

6. Three signed copies of the requested declaration signed by Vincent Keane, President& CEO of Unity Health Care, Inc.

7. Three copies of Unity Health Care's "wrap around" (tail coverage/gap coverage) insurance policy for 2014-2015.

8. Three copies of Wallace Mitchell's medical records.

*Page 2 of 2*

Mary Christofferson
September 8, 2015

9. One copy of Unity Health Care's REQUIRED SERVICES PROVIDED ( FORM A), ADDITIONAL SERVICES PROVIDED (FORM 5A), SERVICE SITES (FORM B) and OTHER ACTIVITIES/LOCATIONS (FORM C) in effect during the time of the alleged negligence/medical treatment rendered/provided (2014-2015).

10. One copy of HRSA's Notice of Grant Award Authorization (NGA) in effect (Budget Period) during the time of the alleged negligence/medical treatment rendered/provided (2014-2015).

11. The name and address of the Unity Health Care site where Mr. Mitchell received medical services.

12. A copy of the Unity Health Care's billing statements (2014-2015) for the medical/delivery services rendered to Wallace Mitchell.


Kind Regards,

FELDESMAN TUCKER LEIFER FIDELL LLP

By: Molly S. Evans

Enclosures
MSE/kz

FELDESMAN+TUCKER+LEIFER+FIDELL

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Wednesday, July 15, 2015 11:17 AM |
| **To:** | 'HHS-FTCA-Claims@hhs.gov' |
| **Cc:** | 'Torres Bruckheim, Meredith (HHS/OGC)' |
| **Subject:** | New Lawsuit Against Unity Health Care |
| **Attachments:** | Wallace Mitchell.pdf |

Please see attached a new lawsuit against Unity Health Care, Inc.  Please acknowledge receipt of this email at your convenience.

Kind regards,

Molly

**Molly S. Evans**
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103
www.ftlf.com

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

Form CA 1-A  Notice and Acknowledge for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

_Wallace Mitchell_
_____
Plaintiff(s)

v.

_Unity Health Care Inc_
_____
Defendant(s)

Case No.: **2015CA4380**

**15-004380**

## NOTICE

To (insert name and address of the party to be served):
_Unity Health Care, Inc_
_1220-13th St SE_
_Suite 120_
_Washington DC 20003-2634_

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): _7 (5 AM)_

_____          _7/5/1~_
Signature                          Date of Signature

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____
_____
_____

_____          _____      _____
Signature                          Relationship to Defendant/Authority   Date of Signature
                                   to Receive Service



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

WALLACE G MITCHELL
    Vs.                                     C.A. No.       2015 CA 004380 M
Dr C. EPHRUSSI et al

## INITIAL ORDER AND ADDENDUM

      Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

      (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

      (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

      (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

      (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

      (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

      (6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                           Chief Judge Lee F. Satterfield

Case Assigned to: Judge MICHAEL O'KEEFE
Date: June 16, 2015
Initial Conference: 9:30 am, Friday, September 25, 2015
Location: Courtroom A-47
             515 5th Street NW
             WASHINGTON, DC 20001                    Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_WALLACE MitcHell_
Plaintiff

vs.                                    Case Number _2015CA4580_

_Unity HEAltH CARE, Inc._
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_____              _Clerk of the Court_
Name of Plaintiff's Attorney

_____              By _____
Address                                                       Deputy Clerk

_____              Date _7/2/15_
Telephone
如需翻译，请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오   የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español!

FORM SUMMONS - Jan. 2011                                              CASUM.doc

1:15-cv-1975
Doc. No. 00016

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

WALLACE MITCHELL
1901 D STREET, SE
#245357
WASHINGTON, DC 20003, 2534  *Plaintiff*

vs.

DR. C. EPHRUSSI, AND
DR AMY MORGAN, AND
DR ANN SAVARESE, AND
( SEE ATTACHED PAGE FOR  *Defendants*
ADDITIONAL DEFENDANTS)*



FILED
CIVIL ACTIONS BRANCH

JAN 15 2015

Superior Court
of the District of Columbia
Washington, DC.

CIVIL ACTION NO. 15-0004380

* IN THEIR PERSONAL AND OFFICIAL CAPACITY

### COMPLAINT

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

ON OR ABOUT JULY 22, 2004, AND CONTINUING TO DATE, DEFENDANTS EPHRUSSI,
MORGAN, SAVARESE, HAMMOND, BAM MIDI, CHUKWU, BUSCHULTE, HARRISON, ENGNI,
HIGHTOWER, FITZGERALD, UNITY HEALTH, INC (UHI) AND THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS (DOC) CONSPIRED TO CAUSE THE WRONGFUL DEATH OF
THE PLAINTIFF, BY PURPOSEFULLY AND WILLFULLY EXPOSING THE PLAINTIFF TO SUB-
STANCES HE IS ALLERGIC TO, NAMELY SOY AND WOOL, AND/OR BY FAILING TO ENSURE
THAT THE PLAINTIFF WAS NOT EXPOSED TO THESE SUBSTANCES THESE DEFENDANTS
COLLECTIVELY AND INDIVIDUALLY, FAILED TO TREAT PLAINTIFF FOR EXPOSURE TO THESE
(SEE ATTACHED PAGE)

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 13,000,000
**with interest and costs.**

202-698-4908
**Phone:**

**DISTRICT OF COLUMBIA, SS**

Wallace Mitchell _____, **being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all
set-off and just grounds of defense.**

Walley Mitchell
**(Plaintiff**

**Subscribed and sworn to before me this** 9th **day of** January

Dorothy Powell
**(Notary Public/Deputy**

FORM CV-1013 No.

1E: 2015 CA 004380 B
1: CARRA

ADDITIONAL DEFENDANTS

DR. D. MARSHALL, AND

DR. NORA BAMMINI, AND

DR. CHUKWU, AND

DR. BueCHulte, (Jalanda) AND

DR. KAREN HARRISON, AND

DR. ENGIN, AND

P.A. HIGHTOWER, AND

P.A. GLORIA FITZGERALD, AND

UNITY HEALTHCARE INC, AND

DISTRICT OF COLUMBIA DEPARTMENT

OF CORRECTIONS, AND

DR. HAMMOND, D.D.S

In THEIR PERSONAL AND OFFICIAL CAPACITY

PLAINTIFF SEEKS PUNITIVE DAMAGES, COMPENSARY DAMAGES,

DECLARATORY AND INJUNCTIVE RELEF.

All THE DEFENDANTS CAN Be SERVED At 1901

D STREET, SE, WASHINGTON, DC 20003

EXCEPT BAMMINI AND UNITY HEALTH CARE INC.

THEY SHOULD BE SERVED At THE ADDRESS BELOW

1/

1220 - 12TH ST, SE SUITE 120

WASHINGTON, DC 20003

## COMPLAINT CONTINUED

ALLEGING AND WERE DELIBERATELY INDIFFERENT TO THE PLAINTIFF'S SERIOUS MEDICAL NEEDS, WHICH CAUSED THE PLAINTIFF TO HAVE A HISTAMINE REACTION, SUFFICATION, SHORTNESS OF BREATH AND PROLONGED SUFFERING AND PAIN. FURTHER THESE DEFENDANTS, INDEPENDENTLY AND COLLECTIVELY, FAILED TO DOCUMENT THE OCCURRENCE IN THE PLAINTIFF'S MEDICAL RECORDS IN ORDER TO COVERUP THEIR ACT.

2. DEFENDANTS EPHRUSSI, MORGAN, SAVARESE, HAMMONY, BAMMIDI, CHUKWU, BUSCHULTE, HARRISON, ENGH, HIGH-TOWER, FITZGERALD, UHT, AND DOC, HAVE REFUSED MULTIPLE REQUEST TO PROVIDE THE PLAINTIFF WITH COPIES OF HIS MEDICAL RECORDS, PURSUANT TO THE FREEDOM OF INFORMATION ACT, AND THE PRIVACY ACT, BEGINNING ON OR ABOUT JULY 27 2014 AND CONTINUING TO DATE.

3. DEFENDANTS EPHRUSSI, MORGAN, SAVARESE, HAMMOND, BAMMIDI, CHUKWU, BUSCHULTE, HARRISON, ENGH, HIGH-TOWER, FITZGERALD, UHT, AND DOC, REFUSED TO REPLACE PLAINTIFF'S SHOES WITH LIFTS BUILT IN, AFTER THE DOC CONFISCATED AND DISCARDED HIS PERSONAL ONES. THIS CAUSED THE PLAINTIFF TO SUFFER HIP PAIN, KNEE AND LEG PAIN, STIFFENING OF JOINTS, AND LOSS OF MOBILITY, AND PROLONGED PAIN. THESE DEFENDANTS COLLECTIVELY AND INDIVIDUALLY, ARE DELIBERATELY INDIFFERENT TO THE PLAINTIFF'S SERIOUS MEDICAL NEEDS, BEGINNING ON OR ABOUT

PAGE 2

<u>COMPLAINT CONTINUED</u>

July 22, 2014, AND continuing to date.

4. BEGINING ON OR ABOUT July 22, 2014, AND continuing to date, Defendants EPH(RUSSI), MORGAN, SAVARESE, HAMMOND, BAMMIDI, CHUKWU, BUSCHULTE, HARRISON, ENGIN, HIGHTOWER, FITZGERALD, UHI, AND DOC, REFUSED to REMOVE plaintiffs INGROWN TOENAILS, CAUSING THE PLAINTIFF PAIN AND PROLONGED SUFFERING. THESE DEFENDANTS INDIVIDUALLY AND COLLECTIVELY ARE DELIBERATELY INDIFFERENT to the PLAINTIFFS SERIOUS MEDICAL NEEDS.

5. BEGINING ON OR ABOUT July 22, 2014, AND continuing to date, Defendants EPHRUSSI, MORGAN, SAVARESE, HAMMOND, BAMMIDI, CHUKWU, BUSCHULTE, HARRISON, ENGIN, HIGHTOWER, FITZGERALD, UHI AND DOC, HAVE REFUSED to TREAT plaintiffs EXTREME DENTAL PAIN, OR REPLACE THE DENTAL PARTIAL PLATE THAT THEY LOST. AS A RESULT, PLAINTIFF IS SUFFERING FROM BLEEDING GUMS, PROLONGED PAIN AND SUFFERING, AND THESE DEFENDANTS INDIVIDUALLY AND COLLECTIVELY, ARE DELIBERATELY INDIFFERENT to the PLAINTIFFS SERIOUS DENTAL NEEDS.

6. BEGINING ON OR ABOUT July 22, 2014, AND continuing to date, Defendants EPHRUSSI, MORGAN, SAVARESE, HAMMOND, BAMMIDI, CHUKWU, BUSCHULTE, HARRISON, ENGIN, HIGHTOWER, FITZGERALD, UHI AND DOC, HAVE purposefully

AND willfully prescribed the wrong eyeglasses for the plaintiff, and failed to treat the plaintiff's cataracts, causing the plaintiff to suffer blurred vision, progression of an eye disease, and prolonged pain and suffering. These defendants, collectively and individually, are deliberately indifferent to plaintiff's serious eye treatment needs.

7. The plaintiff is being housed in the DOC while on writ from the appeal of his criminal conviction. At the end of the writ, there are two possible outcomes: (A) the plaintiff will be returned to the Federal Bureau of Prisons (BOP), or (B) the plaintiff will be court ordered released. Beginning on or about July 22, 2014, and continuing to date, defendants Ettrussi, Morgan, Savarese, Marshall, Bammidi, Chaukuri, Buschelte, Harrison, Engin, Hightower, Fitzgerald, UHT, and DOC, have conspired to steal, embezzle, or otherwise impede the plaintiff from returning to the BOP with the medical devices and orthopedic devices that the plaintiff transferred to the DOC with from the BOP, should plaintiff have to return to BOP. These defendants, collectively and individually, have deprived the plaintiff of property, without due process.

8. On or about July 22, 2014, and continuing to date,

PAGE 4

DEFENDANTS EPHRUSSI, MORGAN, SAVARESE, MARSHALL, BAMMIDI, CHUKWU, BUCHHOLTE, HARRISON, ENRDE, HIGHTOWER, FITZ-GERALD, UHT, AND DOC. HAVE FAILED to treat the plaintiff's PARANOID schizophrenia. And FAILED to house the plaintiff in the MENTAL HEALTH UNIT OF THE DOC, WHERE other INMATES with the same DIAGNOSIS ARE Housed. THE Failure to treat the plaintiffs MENTAL HEALTH DISORDER HAS CAUSED the plaintiff to suffer psychotic episodes resulting in injury And the progression of his mental disorder. The actions of these Defendants, collectively And individually, were Discriminatory, And Deliberately, indifferent to plaintiffs serious mental health needs And a violation of the AMERICANS with Disabilities Act.

9. BEGINNING ON OR ABOUT July 22, 2014, And continuing to Date, DEFENDANTS UHT AND DOC, conspired to prevent THE plaintiff from reporting having been sexually assaulted by MEDICAL staff At the DOC, by concealing the identities of the MEDICAL staff in violation of the prison RAPE Elimination Act.

PAGE 5

## Evans, Molly

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Tuesday, August 11, 2015 7:18 AM |
| **To:** | Evans, Molly |
| **Cc:** | Torres Bruckheim, Meredith (HHS/OGC) |
| **Subject:** | Wallace Mitchell (Unity Health Care) |
| **Attachments:** | Practitioner Declaration 2015 SAMPLE.docx; Practitioner Narrative TEMPLATE.docx |

Hello Molly,

Our office is in receipt of the above reference state court complaint filed in the Superior Court of the District of Columbia, Civil Division.  Pursuant to Section 224(a) of the Public Health Service (PHS) Act (42 U.S.C. §233(a)), which provides that the remedy against the United States provided under FTCA resulting from the performance of medical, surgical, dental or related functions by any commissioned officer or employee of the PHS while acting within the scope of his or her office or employment shall be exclusive of any other related civil action or proceeding. The Federally Supported Health Centers Assistance Act of 1992 (FSHCAA) (Pub. L. 102-501), provides that, subject to its provisions, certain entities receiving funds under section 330 of the PHS Act, as well as any officers, governing board members, and employees, and certain contractors of these entities, shall be deemed for the purposes of coverage under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, to be employees of the PHS within the exclusive remedy provision of section 224(a) of the PHS Act.

NOTE: *If you have been notified of a deadline by which to respond to the above-referenced summons and complaint, the health center or health center's corporate attorney should make arrangements with plaintiff's counsel to get an extension of at least 60 days within which to answer the complaint and I should be notified in writing as soon as this is accomplished.*

Before we can make a determination on coverage under the FSHCAA and FTCA, we need additional information pertaining to the dates of the alleged incidents, which in this case appear to have been on or about July 22, 2014 and continuing to date

Please provide the following as soon as possible:

1. Three copies of Unity Health Care ("Center") deeming letters for 2014 and 2015.
2. Please submit a letter identifying which individual(s) named in the complaint are employees of the health center.
3. Three copies of a typed narrative statement regarding the facts of the alleged incident, signed by the practitioner, the medical director, or someone familiar with the events. **(See sample attached)**
4. Three copies of the W-2 forms for each individual involved in the incident who was working for the health center at the time of the alleged negligence (2014). If the individual was a contractor, please provide the 1099 form and a valid signed employment contract covering the period of the alleged negligence.
5. Please have the provider(s) named in the complaint submit a letter identifying the name and address of any **other** health center's facility or private facility that the he/she were employed, other than the grantee, during the time alleged in the complaint. If not applicable, please proceed to the next item.
6. Three signed copies of the attached declaration on the health center's letterhead. This declaration must be signed by each practitioner named and/or involved in the alleged incident. Please attempt to obtain a declaration from each practitioner involved in the incident; if the practitioner is not available please document attempts to obtain the statement. The Chief Executive Officer may sign the declaration stating that to the best of his/her knowledge the practitioner was not billing privately only if all reasonable attempts have been made to obtain the statement from the practitioner and documentation of these attempts is included with the CEO's declaration **(See sample attached).**

1:15-cv-1975
Doc. No. 00023

7. Three copies of the professional liability or "wrap around" (tail coverage/gap coverage) insurance policy that provides coverage to the health center and the involved individual(s). The policies must cover the dates of the incident (2014-2015). If neither the health center nor the individual(s) involved in the incident has other medical malpractice coverage other than that provided under the Federal Tort Claim Act (FTCA) please submit a letter to that fact.

8. Three copies of all of the patient's (Wallace Mitchell) medical records from the health center and any private facility that might be involved. **The original medical records should be sequestered and kept until the conclusion of this case.**

9. **One** copy of the health center's entire **approved grant application**, which should include the following documents: REQUIRED SERVICES PROVIDED ( *FORM A*); ADDITIONAL SERVICES PROVIDED (*FORM 5A*), SERVICE SITES (*FORM B*) and OTHER ACTIVITIES/LOCATIONS (*FORM C*) in effect during the time of the alleged negligence/medical treatment rendered/provided (2014-2015).

10. One copy of HRSA's **Notice of Grant Award Authorization (NGA)** in effect (Budget Period) during the time of the alleged negligence/medical treatment rendered/provided (2014-2015).

11. Please provide the name and address of the health center or delivery site where the patient received medical services.

12. A copy of the health center's billing statement (2014-2015) for the medical/delivery services rendered to patient, Wallace Mitchell.

In the event this claim arises from acts or omissions that occurred outside the health center's facility, provide the name and address of the outside facility, professional agreements, memorandum of understanding and information as to the nature of the affiliation between the outside facility, health center and its personnel.

Please provide these documents with tabs matching the requests. As mentioned previously, ensure that the dates of the documents match the dates of the alleged incident. Please be advised that we cannot make a determination of FTCA coverage until all of the requested documents are received. Because of the time sensitivity of this matter, please submit this package as soon as possible. If you have any questions, feel free to call me at (202) 619-2434 or send me an email at mary.christofferson@hhs.gov

Please mail the package to my attention:

Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building, Suite 2600
Washington, D.C. 20201

Thank you.

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

1:15-cv-1975
Doc. No. 00024

# SAMPLE

### Declaration of John Doe, M.D.

1. I, John Doe, M.D., am a licensed **(speciality, i.e., family practitioner, pediatrician, etc.)** to practice in the state of _____.

2. I have been employed by **(insert the health center)** since **(insert the date)**.

3. I have not billed privately for the services provided to **(insert the patient's name)**.

4. I have not received monetary compensation for the services provided to **(insert the patient's name)** from any source other than the regular compensation I have received from **(insert the health center)**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _____ day of _____, 2015

_____
John Doe, M.D.

# PRACTITIONER NARRATIVE

## PRACTITIONER INFORMATION

**Practitioners Name:** _____

**Work Address:** _____

**Field of Practice:** _____

**Specialty:** _____

**Board Certification:** _____

**State License and No.:** _____

## PATIENT INFORMATION

**Patient Name:** _____

**Gender:** _____

**Treatment Date(s):** _____

## NARRATIVE

*Please provide and objective description of this patient=s course of treatment under your care.   Include the patient=s chief complaint, the plan of care, a description of the incident and the patient=s present status, if known.   Also indicate any other factors that you consider relevant to this incident (i.e. compliance; conversations subsequent to the care provider, etc.)   Please print so that it is legible or type narrative on separate sheet of paper.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## PRACTITIONER NARRATIVE

CONFIDENTIAL-ATTORNEY WORK PRODUCT

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Tuesday, August 11, 2015 7:19 AM |
| **To:** | Christofferson, Mary (HHS/OGC) |
| **Subject:** | Re: Wallace Mitchell (Unity Health Care) |

Will do! Thanks

Sent from my iPhone

On Aug 11, 2015, at 7:17 AM, Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> wrote:

Hello Molly,

Our office is in receipt of the above reference state court complaint filed in the Superior Court of the District of Columbia, Civil Division.  Pursuant to Section 224(a) of the Public Health Service (PHS) Act (42 U.S.C. §233(a)), which provides that the remedy against the United States provided under FTCA resulting from the performance of medical, surgical, dental or related functions by any commissioned officer or employee of the PHS while acting within the scope of his or her office or employment shall be exclusive of any other related civil action or proceeding. The Federally Supported Health Centers Assistance Act of 1992 (FSHCAA) (Pub. L. 102-501), provides that, subject to its provisions, certain entities receiving funds under section 330 of the PHS Act, as well as any officers, governing board members, and employees, and certain contractors of these entities, shall be deemed for the purposes of coverage under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, to be employees of the PHS within the exclusive remedy provision of section 224(a) of the PHS Act.

**NOTE:** *If you have been notified of a deadline by which to respond to the above-referenced summons and complaint, the health center or health center's corporate attorney should make arrangements with plaintiff's counsel to get an extension of at least 60 days within which to answer the complaint and I should be notified in writing as soon as this is accomplished.*

Before we can make a determination on coverage under the FSHCAA and FTCA, we need additional information pertaining to the dates of the alleged incidents, which in this case appear to have been on or about July 22, 2014 and continuing to date

Please provide the following as soon as possible:

1. Three copies of Unity Health Care ("Center") deeming letters for 2014 and 2015.
2. Please submit a letter identifying which individual(s) named in the complaint are employees of the health center.
3. Three copies of a typed narrative statement regarding the facts of the alleged incident, signed by the practitioner, the medical director, or someone familiar with the events. **(See sample attached)**
4. Three copies of the W-2 forms for each individual involved in the incident who was working for the health center at the time of the alleged negligence (2014). If the individual was a contractor, please provide the 1099 form and a valid signed employment contract covering the period of the alleged negligence.
5. Please have the provider(s) named in the complaint submit a letter identifying the name and address of any **other** health center's facility or private facility that the he/she were employed, other than the grantee, during the time alleged in the complaint. If not applicable, please proceed to the next item.

1

6. Three signed copies of the attached declaration on the health center's letterhead. This declaration must be signed by each practitioner named and/or involved in the alleged incident. Please attempt to obtain a declaration from each practitioner involved in the incident; if the practitioner is not available please document attempts to obtain the statement. The Chief Executive Officer may sign the declaration stating that to the best of his/her knowledge the practitioner was not billing privately only if all reasonable attempts have been made to obtain the statement from the practitioner and documentation of these attempts is included with the CEO's declaration **(See sample attached)**.

7. Three copies of the professional liability or "wrap around" (tail coverage/gap coverage) insurance policy that provides coverage to the health center and the involved individual(s). The policies must cover the dates of the incident (2014-2015). If neither the health center nor the individual(s) involved in the incident has other medical malpractice coverage other than that provided under the Federal Tort Claim Act (FTCA) please submit a letter to that fact.

8. Three copies of all of the patient's (Wallace Mitchell) medical records from the health center and any private facility that might be involved. **The original medical records should be sequestered and kept until the conclusion of this case.**

9. **One** copy of the health center's entire **approved grant application**, which should include the following documents: REQUIRED SERVICES PROVIDED ( *FORM A*); ADDITIONAL SERVICES PROVIDED (*FORM 5A*), SERVICE SITES (*FORM B*) and OTHER ACTIVITIES/LOCATIONS (*FORM C*) in effect during the time of the alleged negligence/medical treatment rendered/provided (2014-2015).

10. One copy of HRSA's **Notice of Grant Award Authorization (NGA)** in effect (Budget Period) during the time of the alleged negligence/medical treatment rendered/provided (2014-2015).

11. Please provide the name and address of the health center or delivery site where the patient received medical services.

12. A copy of the health center's billing statement (2014-2015) for the medical/delivery services rendered to patient, Wallace Mitchell.

In the event this claim arises from acts or omissions that occurred outside the health center's facility, provide the name and address of the outside facility, professional agreements, memorandum of understanding and information as to the nature of the affiliation between the outside facility, health center and its personnel.

Please provide these documents with tabs matching the requests. As mentioned previously, ensure that the dates of the documents match the dates of the alleged incident. Please be advised that we cannot make a determination of FTCA coverage until all of the requested documents are received. Because of the time sensitivity of this matter, please submit this package as soon as possible. If you have any questions, feel free to call me at (202) 619-2434 or send me an email at mary.christofferson@hhs.gov

Please mail the package to my attention:

Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building, Suite 2600
Washington, D.C. 20201

Thank you.

Mary

**Mary H. Christofferson, Staff Attorney**

**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: <u>mary.christofferson@hhs.gov</u>**

〈Practitioner Declaration 2015 SAMPLE.docx〉

〈Practitioner Narrative TEMPLATE.docx〉

**Evans, Molly**

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Tuesday, August 11, 2015 7:49 AM |
| **To:** | Evans, Molly |
| **Subject:** | RE: Wallace Mitchell (Unity Health Care) |

Thank you!

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov

-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, August 11, 2015 7:19 AM
To: Christofferson, Mary (HHS/OGC)
Subject: Re: Wallace Mitchell (Unity Health Care)

Will do! Thanks

Sent from my iPhone

On Aug 11, 2015, at 7:17 AM, Christofferson, Mary (HHS/OGC)
<Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>> wrote:

Hello Molly,

Our office is in receipt of the above reference state court complaint filed in the Superior Court of the District of Columbia, Civil Division.  Pursuant to Section 224(a) of the Public Health Service (PHS) Act (42 U.S.C. §233(a)), which provides that the remedy against the United States provided under FTCA resulting from the performance of medical, surgical, dental or related functions by any commissioned officer or employee of the PHS while acting within the scope of his or her office or employment shall be exclusive of any other related civil action or proceeding. The Federally Supported Health Centers Assistance Act of 1992 (FSHCAA) (Pub. L. 102-501), provides that, subject to its provisions, certain entities receiving funds under section 330 of the PHS Act, as well as any officers, governing board members, and employees, and certain contractors of these entities, shall be deemed for the purposes of coverage under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, to be employees of the PHS within the exclusive remedy provision of section 224(a) of the PHS Act.

1

NOTE: If you have been notified of a deadline by which to respond to the above-referenced summons and complaint, the health center or health center's corporate attorney should make arrangements with plaintiff's counsel to get an extension of at least 60 days within which to answer the complaint and I should be notified in writing as soon as this is accomplished.

Before we can make a determination on coverage under the FSHCAA and FTCA, we need additional information pertaining to the dates of the alleged incidents, which in this case appear to have been on or about July 22, 2014 and continuing to date

Please provide the following as soon as possible:

1. Three copies of Unity Health Care ("Center") deeming letters for 2014 and 2015.
2. Please submit a letter identifying which individual(s) named in the complaint are employees of the health center.
3. Three copies of a typed narrative statement regarding the facts of the alleged incident, signed by the practitioner, the medical director, or someone familiar with the events. (See sample attached) 4. Three copies of the W-2 forms for each individual involved in the incident who was working for the health center at the time of the alleged negligence (2014). If the individual was a contractor, please provide the 1099 form and a valid signed employment contract covering the period of the alleged negligence.
5. Please have the provider(s) named in the complaint submit a letter identifying the name and address of any other health center's facility or private facility that the he/she were employed, other than the grantee, during the time alleged in the complaint. If not applicable, please proceed to the next item.
6. Three signed copies of the attached declaration on the health center's letterhead. This declaration must be signed by each practitioner named and/or involved in the alleged incident. Please attempt to obtain a declaration from each practitioner involved in the incident; if the practitioner is not available please document attempts to obtain the statement. The Chief Executive Officer may sign the declaration stating that to the best of his/her knowledge the practitioner was not billing privately only if all reasonable attempts have been made to obtain the statement from the practitioner and documentation of these attempts is included within the CEO's declaration (See sample attached).
7. Three copies of the professional liability or "wrap around" (tail coverage/gap coverage) insurance policy that provides coverage to the health center and the involved individual(s). The policies must cover the dates of the incident (2014-2015). If neither the health center nor the individual(s) involved in the incident has other medical malpractice coverage other than that provided under the Federal Tort Claim Act (FTCA) please submit a letter to that fact.
8. Three copies of all of the patient's (Wallace Mitchell) medical records from the health center and any private facility that might be involved. The original medical records should be sequestered and kept until the conclusion of this case.
9. One copy of the health center's entire approved grant application, which should include the following documents: REQUIRED SERVICES PROVIDED ( FORM A); ADDITIONAL SERVICES PROVIDED (FORM 5A), SERVICE SITES (FORM B) and OTHER ACTIVITIES/LOCATIONS (FORM C) in effect during the time of the alleged negligence/medical treatment rendered/provided (2014-2015).
10. One copy of HRSA's Notice of Grant Award Authorization (NGA) in effect (Budget Period) during the time of the alleged negligence/medical treatment rendered/provided (2014-2015).
11. Please provide the name and address of the health center or delivery site where the patient received medical services.
12. A copy of the health center's billing statement (2014-2015) for the medical/delivery services rendered to patient, Wallace Mitchell.
 In the event this claim arises from acts or omissions that occurred outside the health center's facility, provide the name and address of the outside facility, professional agreements, memorandum of understanding and information as to the nature of the affiliation between the outside facility, health center and its personnel.
 Please provide these documents with tabs matching the requests. As mentioned previously, ensure that the dates of the documents match the dates of the alleged incident. Please be advised that we cannot make a determination of FTCA coverage until all of the requested documents are received. Because of the time sensitivity of this matter,

1:15-cv-1975
Doc. No. 00032

please submit this package as soon as possible. If you have any questions, feel free to call me at (202) 619-2434 or send me an email at mary.christofferson@hhs.gov<mailto:mary.christofferson@hhs.gov>

Please mail the package to my attention:

Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building, Suite 2600
Washington, D.C. 20201

Thank you.


Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov<mailto:mary.christofferson@hhs.gov>

<Practitioner Declaration 2015 SAMPLE.docx> <Practitioner Narrative TEMPLATE.docx>

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Tuesday, August 18, 2015 12:22 PM |
| **To:** | Christofferson, Mary (HHS/OGC) |
| **Subject:** | Re: LITIGATION HOLD NOTICE FOR WALLACE MITCHELL (UNITY HEALTH CARE - HEALTH CENTER EMPLOYEES) |

I missed this! Sorry. I did receive your emails.

Sent from my iPhone

On Aug 11, 2015, at 2:21 PM, Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> wrote:

> Hi Molly,
>
> I just want to confirm that you received the email I sent regarding the litigation hold for the Wallace Mitchell case.  Can you confirm you received that email?
>
> Thanks!
>
> # Mary
>
> **Mary H. Christofferson, Staff Attorney**
> **Department of Health and Human Services**
> **Office of the General Counsel**
> **General Law Division**
> **330 C Street, S.W.**
> **Switzer Building - Suite 2600**
> **Washington, D.C. 20201**
> **202-619-2434 (phone)**
> **202-619-2922 (fax)**
> **E-mail: mary.christofferson@hhs.gov**
>
> **From:** Christofferson, Mary (HHS/OGC)
> **Sent:** Tuesday, August 11, 2015 7:49 AM
> **To:** 'Evans, Molly'
> **Cc:** Torres Bruckheim, Meredith (HHS/OGC)
> **Subject:** LITIGATION HOLD NOTICE FOR WALLACE MITCHELL (UNITY HEALTH CARE - HEALTH CENTER EMPLOYEES)
>
> Hello Molly-
>
> Please be advised that Wallace Mitchell, a former patient at Unity Health Care ("Health Center"), has filed an action against the health center and/or its employees, alleging that the providers  and the Center for  "purposefully and willfully exposing the plaintiff to substances he is allergic top;" failing "to ensure that plaintiff was not exposed to these substances;" failing "to treat plaintiff for exposure to these substances;" "deliberately indifferent to the plaintiff's serious medical needs;" failing to

1

"document occurrences in the plaintiff's medical records;" refusing "multiple request to provide the plaintiff with copies of his medical records;" refusing "to replace plaintiff's shoes with lifts built in, after the doc confiscated and discarded [plaintiff's] personal ones;" refusing "to remove plaintiff's ingrown toenails;" refusing "to treat plaintiff's extreme dental pain;" "purposefully and willfully prescribed the wrong eyeglasses for the plaintiff and failed to treat the plaintiff's cataracts;" "conspired to steal embezzle, or otherwise impede the plaintiff from returning to the [Federal Bureau of Prisons] with medical devices and orthopedic devices;" failing "to treat the plaintiff's paranoid schizophrenia;" failing "to house the plaintiff in the mental health unit;" and "conspired to prevent the plaintiff from reporting having been sexually assaulted by medical staff."

During the course of this investigation, Wallace Mitchell may use the discovery process to obtain records of the Health Center, the named providers, and other information related to these allegations. The law requires the Health Center and the named providers to preserve such information in whatever forms it is generated and maintained. Therefore, the Department of Health and Human Services, ("HHS") requires your assistance to preserve documents and other evidence, including electronically stored information ("ESI") in connection with the following:

(1)     Care and treatment received by Wallace Mitchell at the Health Center, including all medical records and billing records;

(2)     All communications between Wallace Mitchell and the Health Center and its employees;

(3)     All communications between any third party and the Health Center and any of its employees concerning Wallace Mitchell's medical care and treatment;

(4)     All records pertaining to the named providers' licensure, certifications, and employment history with the Health Center, including any personnel files maintained by the Health Center;

(5)     Any documentation the Health Center and/or its employees distributed to Wallace Mitchell;

(6)     Any policies of the Health Center in effect during the time Wallace Mitchell was being treated by the Health Center (from July 2014 to date) that bear upon standards for medical treatment.

The Health Center and its employees are covered by the Federal Tort Claims Act ("FTCA") in this matter. Therefore, you are required to preserve all information related to the subject of the investigation and potential lawsuit. This requirement applies to paper copies as well as ESI on computer systems, on removable or portable electronic storage media (e.g. CDs, disks, external hard drives, blackberries, laptops, etc.), and on your personal home or portable computer. All ESI and other records containing information related to the subject of the lawsuit, including e-mails and other electronic communication, word processing documents, spreadsheets, databases, calendars, telephone logs, internet usage files, network access information, and information on other kinds of media, including PDAs (such as Palm Pilots and Blackberries), and digital voicemail, must be retained until resolution of this matter. ESI should be preserved in its originally-created, or "native" format. In addition, you should retain non-electronic documents and evidence in whatever form, including personal or desk files, calendars, notes, correspondence, drafts (partial or complete), policies and manuals relevant to the case.

Failure to preserve and retain information may result in sanctions against the Government once this claim becomes a lawsuit. Consequently, if you are unsure whether certain information should be preserved, err on the side of caution and preserve the information until you have spoken to me about it.

1:15-cv-1975
Doc. No. 00035

In addition, please make sure that this letter is distributed to all personnel in your office who may be involved in, or have information pertaining to, the abovementioned investigation.   Please advise me if there are additional personnel whom you believe may have potentially relevant information.  We advise that you document in writing the specific action taken by your office in response to this letter.

If you have any questions about your obligations to preserve data, please contact me at (202) 619-2434 or email me at mary.christofferson@hhs.gov

Thanks!

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Thursday, September 03, 2015 3:43 PM |
| **To:** | Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov) |
| **Subject:** | declarations |

Mary:

Are you okay receiving a declaration from Unity's CEO listing all of the providers named in the Wallace Mitchell case and saying that they were not billing privately?   Thanks

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103
**www.ftlf.com**

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

1:15-cv-1975
Doc. No. 00037

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Friday, September 04, 2015 2:27 PM |
| **To:** | Christofferson, Mary (HHS/OGC) |
| **Subject:** | Re: declarations |

Great- thanks.  Have a great weekend!

Sent from my iPhone

On Sep 4, 2015, at 2:19 PM, Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> wrote:

> Yes, that is fine.
>
> # Mary
>
> **Mary H. Christofferson, Staff Attorney**
> **Department of Health and Human Services**
> **Office of the General Counsel**
> **General Law Division**
> **330 C Street, S.W.**
> **Switzer Building - Suite 2600**
> **Washington, D.C. 20201**
> **202-619-2434 (phone)**
> **202-619-2922 (fax)**
> **E-mail: mary.christofferson@hhs.gov**
>
> ---
>
> **From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
> **Sent:** Thursday, September 03, 2015 3:43 PM
> **To:** Christofferson, Mary (HHS/OGC)
> **Subject:** declarations
>
> Mary:
>
> Are you okay receiving a declaration from Unity's CEO listing all of the providers named in the Wallace Mitchell case and saying that they were not billing privately?   Thanks
>
> Molly S. Evans
> Partner
> Feldesman Tucker Leifer Fidell LLP
> 1129 20th Street, NW, Suite 400
> Washington, DC 20036
> T. 202.466.8960
> F. 202.293.8103
>
> www.ftlf.com

1:15-cv-1975
Doc. No. 00038

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

1:15-cv-1975
Doc. No. 00039

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Thursday, October 15, 2015 12:06 PM |
| **To:** | 'Christofferson, Mary (HHS/OGC)'; Bryan McDermott |
| **Cc:** | Fesak, Matthew (USANCE); Freedus, Matthew |
| **Subject:** | RE: Wallace Mitchell v. Ephrussi, et al.  (conference call) |

Mary:

I am so sorry to hear about your office!  What a mess!  Is it possible to talk today around 3 PM if you do the call remotely?   If not, we can see if tomorrow works.

Thanks,

Molly

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103
www.ftlf.com

F E L D E S M A N ⁙ T U C K E R ⁙ L E I F E R ⁙ F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 15, 2015 9:59 AM
**To:** Bryan McDermott; Evans, Molly
**Cc:** Fesak, Matthew (USANCE)
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (conference call)

I'm extremely sorry, but a HOT water line broke in our office and now the office is literally flooding; so we are currently having to evacuate our office.  Can we have the conference call for the same time tomorrow??  I'm not sure the status of today as I have no idea what our office is doing.  I truly apologize.

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**

**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**From:** Bryan McDermott [mailto:bmcdermott@oconnelllaw.com]
**Sent:** Thursday, October 15, 2015 9:14 AM
**To:** Evans, Molly; Christofferson, Mary (HHS/OGC)
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al.

Sorry for the delay - was in court. 10:45 works for me as well

Sent from Outlook

On Thu, Oct 15, 2015 at 5:51 AM -0700, "Evans, Molly" <mevans@feldesmantucker.com> wrote:

I will be calling with him, so I can give him the information.   Thanks, Mary!

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify  immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

-----Original Message-----
From: Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
Sent: Thursday, October 15, 2015 8:49 AM
To: Evans, Molly
Cc: Bryan McDermott
Subject: RE: Wallace Mitchell v. Ephrussi, et al.

Great, my assistant will send out an invite with the call in number soon.  I will be sure to have her include Matthew Freedus, is that correct?

Mary

Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division

330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov

-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Thursday, October 15, 2015 8:45 AM
To: Christofferson, Mary (HHS/OGC)
Cc: Bryan McDermott
Subject: Re: Wallace Mitchell v. Ephrussi, et al.

Yes - thanks

Sent from my iPhone

> On Oct 15, 2015, at 8:40 AM, Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> wrote:
>
> So does 10:45am work for you?
>
> Mary
>
>
> Mary H. Christofferson, Staff Attorney Department of Health and Human
> Services Office of the General Counsel General Law Division
> 330 C Street, S.W.
> Switzer Building - Suite 2600
> Washington, D.C. 20201
> 202-619-2434 (phone)
> 202-619-2922 (fax)
> E-mail: mary.christofferson@hhs.gov
>
>
> -----Original Message-----
> From: Evans, Molly [mailto:mevans@feldesmantucker.com]
> Sent: Thursday, October 15, 2015 8:37 AM
> To: Christofferson, Mary (HHS/OGC)
> Cc: Bryan McDermott
> Subject: Re: Wallace Mitchell v. Ephrussi, et al.
>
> I have another call at 11, but I am asking Matt Freedus to join me and he could stay on if necessary. Thanks
>
> Sent from my iPhone
>
>> On Oct 15, 2015, at 8:35 AM, Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> wrote:
>>
>> Unfortunately, I'm on a conference call with an AUSA at 10am for  a case we are litigating at the moment.  How about 10:45?
>>
>> Mary
>>
>>
>> Mary H. Christofferson, Staff Attorney Department of Health and Human
>> Services Office of the General Counsel General Law Division
>> 330 C Street, S.W.
>> Switzer Building - Suite 2600
>> Washington, D.C. 20201
>> 202-619-2434 (phone)
>> 202-619-2922 (fax)
>> E-mail: mary.christofferson@hhs.gov

3

1:15-cv-1975
Doc. No. 00042

>>
>> -----Original Message-----
>> From: Evans, Molly [mailto:mevans@feldesmantucker.com]
>> Sent: Thursday, October 15, 2015 8:27 AM
>> To: Christofferson, Mary (HHS/OGC)
>> Cc: Bryan McDermott
>> Subject: Re: Wallace Mitchell v. Ephrussi, et al.
>>
>> How about 10:15?
>>
>> Sent from my iPhone
>>
>> On Oct 15, 2015, at 7:21 AM, Christofferson, Mary (HHS/OGC)
>> <Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>> wrote:
>>
>> Hi Bryan,
>>
>> Sorry for the delay!  I am available to discuss Mitchell later this AM if you are available.  Please let me know what time is good
>> for you.
>>
>> Thanks!
>> Mary
>>
>>
>> Mary H. Christofferson, Staff Attorney Department of Health and Human
>> Services Office of the General Counsel General Law Division
>> 330 C Street, S.W.
>> Switzer Building - Suite 2600
>> Washington, D.C. 20201
>> 202-619-2434 (phone)
>> 202-619-2922 (fax)
>> E-mail:
>> mary.christofferson@hhs.gov<mailto:mary.christofferson@hhs.gov>
>>
>> From: Bryan McDermott [mailto:bmcdermott@oconnelllaw.com]
>> Sent: Tuesday, October 13, 2015 4:27 PM
>> To: mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com>;
>> Christofferson, Mary (HHS/OGC)
>> Subject: Wallace Mitchell v. Ephrussi, et al.
>>
>> Good afternoon,
>>
>> Mary - Molly and I were talking this afternoon about the status of the above case and your ongoing review of materials as it relates
>> to potential removal of Unity and the individual doctors.  We were hoping to have a conference call in the next day or so to discuss
>> this matter in more detail and ensure that we are prepared for the scheduling conference on October 30th.
>>
>> I will be available starting late morning each day for the remainder of this week.  Please let me know if there are times that work
>> for both of you.
>>
>> Thanks, and look forward to speaking with you soon.
>> Bryan
>>
>> _ _
>>
>> Bryan J. McDermott, Esq.
>> O'Connell & O'Connell, LLC
>> 401 East Jefferson Street
>> Suite 204
>> Rockville, Maryland 20850
>>
>> (301) 424-2300 Telephone

>> (301) 424-2394 Facsimile
>>
>> This email message and any attachment to this email contains confidential information belonging to the sender which is legally privileged and intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are requested to notify us by return email or by telephone at 301-424-2300 and to delete this email message and any attachments.
>>
>> Unauthorized disclosure, conversion to hard copy, copying, distribution, retransmission, or the taking of any action in reliance on the contents of this email message or any attachments to it is strictly prohibited and may violate Federal and State laws.
>

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Wednesday, October 21, 2015 9:16 PM |
| **To:** | Christofferson, Mary (HHS/OGC) |
| **Cc:** | Bryan McDermott |
| **Subject:** | Re: Narrative Statements from Providers for Wallace Mitchell v. Unity Health Care, Inc. et al |

Thanks, Mary. I thought it was sent. I will check on this tomorrow.

Sent from my iPhone

On Oct 21, 2015, at 6:16 PM, Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> wrote:

> Hi Molly, Bryan-
>
> I still have not yet received the narrative statements (which in the binder states "will be sent under separate cover"). I am positive that I never received any statements from either firms, so when you have a chance please send them to me.
>
> Thanks!
>
> Mary
>
>
> **Mary H. Christofferson, Staff Attorney**
> **Department of Health and Human Services**
> **Office of the General Counsel**
> **General Law Division**
> **330 C Street, S.W.**
> **Switzer Building - Suite 2600**
> **Washington, D.C. 20201**
> **202-619-2434 (phone)**
> **202-619-2922 (fax)**
> **E-mail: mary.christofferson@hhs.gov**

## Evans, Molly

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Thursday, October 22, 2015 10:02 AM |
| **To:** | Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov) |
| **Cc:** | Bryan McDermott (bmcdermott@oconnelllaw.com) |
| **Subject:** | WM Narrative |
| **Attachments:** | WMitchell Narrative 9-10-15.pdf |

Please see attached.

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

www.ftlf.com

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

# PRACTITIONER NARRATIVE

## PRACTITIONER INFORMATION

| | |
|---|---|
| **Practitioners Name:** | Diana Lapp, M.D. |
| **Work Address:** | 1901 D St., SE   Washington, DC 20003 |
| **Field of Practice:** | Family Medicine |
| **Specialty:** | Family Medicine |
| **Board Certification:** | Family Medicine – 2007-2017 |
| **State License and No.:** | MD32962 |

## PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | Wallace Mitchell |
| **Gender:** | Male |
| **Treatment Date(s):** | 07/22/2014 - present |

## NARRATIVE

*Please provide and objective description of this patient=s course of treatment under your care. Include the patient's chief complaint, the plan of care, a description of the incident and the patient=s present status, if known. Also indicate any other factors that you consider relevant to this incident (i.e. compliance; conversations subsequent to the care provider, etc.) Please print so that it is legible or type narrative on separate sheet of paper.*

Mr. Mitchell presented for medical intake on 07/22/2014 with a medical history of hypertension, chronic constipation, right shoulder rotator cuff injury, left knee pain associated with osteoarthritis, antisocial disorder, paranoid schizophrenia, and bipolar disorder. Patient reported a history of Tylenol, soy and wool allergies which, according to Mr. Mitchell, cause him to break out in hives. Mr. Mitchell had no complaints at the time of intake. He was started on all chronic medications and referred for mental health intake.   He was evaluated by a mental health clinician and psychiatrist, which lead to a continuation of his mental health medications.

On 09/02/2014 he was seen in chronic care clinic where he was found to have well controlled blood pressure, but he refused to be weighed. Mr. Mitchell had a sick call visit on 09/04/2014 with nursing staff for the complaint of a soy allergy and when seen by the provider on 09/05/2014, he reported that it had been taken care of to the provider.   At the provider visit on 09/5/2014, labs were ordered and the results revealed normal values. Mr. Mitchell was seen a couple of times September 2014 for foot complaints, for which he was given cream and referred to podiatry for evaluation.

Mr. Mitchell had bilateral lower extremity edema in late September 2014. The provider ordered compression stockings and a knee sleeve, which Mr. Mitchell reported to be helpful at a later visit. On October 2, 2014, Mr. Mitchell had a complete dental examination and an ophthalmology exam. ON 10/13/204, the Unity podiatrist evaluated Mr. Mitchell and treated him with debridement of bilateral ingrown toenails.   Due to knee pain and previous shoulder injury, Mr. Mitchell was given a bottom bunk pass in October 2014.   When Mr. Mitchell was seen for chronic medical conditions on 10/31/2014, it was the first report of a history of asthma, for which he was started on Albuterol and the diagnosis was documented in the medical record.   The podiatrist followed up with Mr. Mitchell for ingrown toenails and a new complaint of a rash on the feet, for which he was referred to chronic

## PRACTITIONER NARRATIVE

care clinic for the rash. Mr. Mitchell was seen by the chronic care provider and started on a treatment regimen for tinea versicolor.   Mr. Mitchell was seen in chronic care again in December 2014. Mr. Mitchell was counseled regarding the chronic tinea versicolor concern, along with his blood pressure not being controlled at this visit, likely related to his weight gain. During sick call 01/07/2015, Mr. Mitchell complained of hemorrhoids and was prescribed hemorrhoid suppositories and advised to increase water intake.

Mr. Mitchell has had multiple sick call requests from January 2015 to present for itching feet, for which he continues to be prescribed antifungal cream and he is educated on skin care related to his feet.   Due to poor dentition, the patient has had 4 extractions to date, without complications. His blood pressure, asthma and pain issues have all been well controlled based on provider documentation and patient's chief complaint.   He was seen in urgent care on June 18, 2015, as he stated that he accidentally ate soy and began to feel an itchy sensation in his throat and all over his body.   He was treated by the urgent care provider and expressed relief with the regimen.

Mr. Mitchell continues to remain stable on his mental health medications and with monthly visits by mental health staff.   Most recently, Mr. Mitchell had his annual health assessment and there were no concerns at that time.   He has been restarted on his Mobic, arthritis pain and has been placed on a "no soy diet" (limited) as of 06/28/2015, due to his reported soy bean allergy.

Respectfully submitted,

*Diana Lapp, MD* 9/10/15

Diana Lapp, MD
Deputy Chief Medical Officer

CONFIDENTIAL-ATTORNEY WORK PRODUCT

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Thursday, October 22, 2015 10:24 AM |
| **To:** | 'Christofferson, Mary (HHS/OGC)' |
| **Cc:** | Bryan McDermott (bmcdermott@oconnelllaw.com); Freedus, Matthew |
| **Subject:** | RE: WM Narrative |

Thanks, Mary.  There were so many providers involved, it made sense to have it from the Medical Director of the jail site.   We have always only provided one narrative statement per claim.  Is this a new practice at HHS?

Thanks

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

**www.ftlf.com**

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 22, 2015 10:22 AM
**To:** Evans, Molly
**Cc:** Bryan McDermott (bmcdermott@oconnelllaw.com)
**Subject:** RE: WM Narrative

Hello Molly,

Why is the narrative from a provider that is NOT one of the named providers?  Generally, the provider statements come from each and every provider named in the complaint.  I don't believe it will be necessary for today's conference call, but I would like the narrative statements from all of the named providers.

Thanks!

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**

1:15-cv-1975
Doc. No. 00049

**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Thursday, October 22, 2015 10:02 AM
**To:** Christofferson, Mary (HHS/OGC)
**Cc:** Bryan McDermott (bmcdermott@oconnelllaw.com)
**Subject:** WM Narrative

Please see attached.

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

www.ftlf.com

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

1:15-cv-1975
Doc. No. 00050

**Evans, Molly**

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Thursday, October 22, 2015 12:51 PM |
| **To:** | Evans, Molly |
| **Cc:** | Bryan McDermott (bmcdermott@oconnelllaw.com); Freedus, Matthew |
| **Subject:** | RE: WM Narrative |

Hi Molly,

I spoke with my team leads about the Mitchell case, and advised that it is a Bivens claim (which is NOT a medical malpractice issue) as such there is no need for any narratives.  I would not want to waste yours, Bryan's or the provider's time on the statements.

Thanks!

Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

---

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Thursday, October 22, 2015 10:24 AM
**To:** Christofferson, Mary (HHS/OGC)
**Cc:** Bryan McDermott (bmcdermott@oconnelllaw.com); Freedus, Matthew
**Subject:** RE: WM Narrative

Thanks, Mary.  There were so many providers involved, it made sense to have it from the Medical Director of the jail site.   We have always only provided one narrative statement per claim.  Is this a new practice at HHS?

Thanks

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

1:15-cv-1975
Doc. No. 00051

www.ftlf.com

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 22, 2015 10:22 AM
**To:** Evans, Molly
**Cc:** Bryan McDermott (bmcdermott@oconnelllaw.com)
**Subject:** RE: WM Narrative

Hello Molly,

Why is the narrative from a provider that is NOT one of the named providers?  Generally, the provider statements come from each and every provider named in the complaint.  I don't believe it will be necessary for today's conference call, but I would like the narrative statements from all of the named providers.

Thanks!

Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Thursday, October 22, 2015 10:02 AM
**To:** Christofferson, Mary (HHS/OGC)
**Cc:** Bryan McDermott (bmcdermott@oconnelllaw.com)
**Subject:** WM Narrative

Please see attached.

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960

1:15-cv-1975
Doc. No. 00052

**F.** 202.293.8103

**www.ftlf.com**

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**Evans, Molly**

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Thursday, October 22, 2015 11:07 AM |
| **To:** | Bryan McDermott (bmcdermott@oconnelllaw.com); Evans, Molly |
| **Subject:** | Sample Letters (Bivens) |
| **Attachments:** | CEO request for DOJ Representation Sample (Bivens).pdf; Provider request for DOJ Representation Sample (Bivens).pdf |

Hello Molly, Bryan-

Per our conference call this morning, please find attached a sample letter for the CEO as well as a sample letter for your providers.  Please do not hesitate to contact me if you have any questions.

Thanks!

Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

1





# FAMILY
## HealthCare

May 23, 2014

William A. Biglow
Office of the General Counsel
Claims and Employment Law Branch
US Department of Health and
Human Services
330 C Street, Southwest
Switzer Building, Suite 2600
Washington, DC 20201

RE: ~~NAME UNKNOWN, DR.~~  V.  ~~ME~~ UNKNOWN, DORIS LAST

Dear Mr. Biglow:

I am the Chief Executive Officer for Family HealthCare in ~~_____~~ One of our employees, ~~_____~~, has been named as a Defendant in a lawsuit that is pending in the United States District Court for the District of ~~_____~~

Attached please find a letter from ~~_____~~, requesting that she be provided individual representation by the United States Attorney's Office for the District of ~~_____~~

As ~~_____~~ supervisor, I can affirm that any conduct of ~~_____~~ relating to this lawsuit was within the scope of ~~_____~~ employment at Family HealthCare. ~~_____~~ contact with the Plaintiff consisted of telephone contact with jail staff regarding Plaintiff's medical complaints. At all times, ~~_____~~ was acting in her capacity as family nurse practitioner for Family HealthCare. ~~_____~~ best interests, and the best interests of Family HealthCare and the United States, that ~~_____~~ be provided with individual representation by the Department of Justice.

~~_____~~ was served with the Summons and Amended Complaint on April 10, 2014. Our legal counsel, ~~_____~~ filed a Notice of Appearance and a response/answer to the Amended Complaint on April 29, 2014. Those documents are attached to ~~_____~~ letter.

*Accredited by the Joint Commission*

*Affordable, quality healthcare for all.*

It is our belief that _____ ___ ___ is entitled to legal representation from the Department of Justice.  In that regard, I am requesting that you process her request as quickly as possible in order to preserve any defenses that may be available to ___ ___ ___

Should you have any questions regarding this matter, please feel free to contact me.

Very truly yours,

CEO
Family HealthCare

**Evans, Molly**

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Thursday, October 22, 2015 10:27 AM |
| **To:** | Evans, Molly |
| **Cc:** | Bryan McDermott (bmcdermott@oconnelllaw.com); Freedus, Matthew |
| **Subject:** | RE: WM Narrative |

Hi Molly,

No, as far as I know it was the practice as far back as 1999 to have each and every provider named provide a narrative statement.

Thanks!

Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Thursday, October 22, 2015 10:24 AM
**To:** Christofferson, Mary (HHS/OGC)
**Cc:** Bryan McDermott (bmcdermott@oconnelllaw.com); Freedus, Matthew
**Subject:** RE: WM Narrative

Thanks, Mary. There were so many providers involved, it made sense to have it from the Medical Director of the jail site. We have always only provided one narrative statement per claim. Is this a new practice at HHS?

Thanks

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

**www.ftlf.com**

1:15-cv-1975
Doc. No. 00057

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 22, 2015 10:22 AM
**To:** Evans, Molly
**Cc:** Bryan McDermott (bmcdermott@oconnelllaw.com)
**Subject:** RE: WM Narrative

Hello Molly,

Why is the narrative from a provider that is NOT one of the named providers?  Generally, the provider statements come from each and every provider named in the complaint.  I don't believe it will be necessary for today's conference call, but I would like the narrative statements from all of the named providers.

Thanks!

Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Thursday, October 22, 2015 10:02 AM
**To:** Christofferson, Mary (HHS/OGC)
**Cc:** Bryan McDermott (bmcdermott@oconnelllaw.com)
**Subject:** WM Narrative

Please see attached.

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

2

www.ftlf.com

FELDESMAN + TUCKER + LEIFER + FIDELL

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

1:15-cv-1975
Doc. No. 00059

## Evans, Molly

| | |
|---|---|
| **From:** | Bryan McDermott <bmcdermott@oconnelllaw.com> |
| **Sent:** | Thursday, October 22, 2015 6:58 PM |
| **To:** | Christofferson, Mary (HHS/OGC); Evans, Molly |
| **Cc:** | Freedus, Matthew |
| **Subject:** | RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.) |

Mary,

While we had hoped for a different response, thank you for confirming with the U.S. Attorney's Office what you conveyed to us this morning – i.e., that the United States will not be removing this case to federal district court and substituting itself for any of the named defendants, despite HHS OGC's position that Unity and its employees were acting within the scope of their employment with respect the alleged conduct.

I hope you understand that we have to take certain actions to best protect the interests of our respective clients. To that end, and because the individual Unity employees were acting within the scope of their employment, we intend to remove the case to federal court and assert that Unity and its employees are immune from this action under 42 USC § 233.

Thank you and please feel free to contact us with any questions.

Bryan

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 22, 2015 1:33 PM
**To:** Evans, Molly <mevans@feldesmantucker.com>; Bryan McDermott <bmcdermott@oconnelllaw.com>
**Cc:** Freedus, Matthew <mfreedus@feldesmantucker.com>
**Subject:** Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Hello Molly , Bryan-

Per our conference call this morning, I am following up on your question regarding removal of Unity Health Care, Inc. as a named defendant in the above-referenced case. At this time, the USAO will not be involved with this case. Our office believes that you should request that the judge dismiss Unity Health Care, Inc., because an entity cannot commit medical malpractice nor can it violate an individual's constitutional rights. Please let me know if you have additional questions.

Thanks!

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**

1

Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov

**Evans, Molly**

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Friday, October 23, 2015 3:03 PM |
| **To:** | Bryan McDermott; Evans, Molly |
| **Cc:** | Freedus, Matthew |
| **Subject:** | RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.) |

Hello Bryan,

Thank you for your email.  I would like to summarize what I said yesterday during our phone conference:

Regardless of what HHS' position is regarding Unity and/or its employees, the **ULTIMATE** decision regarding certification and representation is that of DOJ.

This office did NOT find that the complaint alleged claims of medical malpractice, which would be covered under the Federally Supported Health Centers Assistance Act of 1992, as amended, 42 U.S.C. § 233(g)-(n).  Therefore, we did not request assistance from the United States Attorney's Office.

This office found that the Plaintiff alleged "deliberate indifference" to his medical needs, which was a violation to his constitutional rights, and viewed the complaint as a *Bivens* claim.  We believe the named providers may have an immunity defense to such claim under 42 U.S.C. § 233.

As I indicated during the conference call, the providers may seek personal representation from DOJ.  I specifically stated that this office has **NO** authority to act until the Torts Staff at DOJ makes a decision regarding representation.

Also, I have mentioned to you on the phone (in a previous conversation) and repeated yesterday that there are very strict procedural guidelines that the providers must follow if they are interested in personal representation by DOJ.   The procedure for obtaining individual capacity representation is outlined in 28 C.F.R § 50.15(a)(1).  I will briefly summarize 28 C.F.R § 50.15(a)(1):

When an employee believes he is entitled to representation by the Department of Justice in a proceeding, he must submit forthwith a written request for that representation, together with all process and pleadings served upon him, to his immediate supervisor or whomever is designated by the head of his department or agency. Unless the employee's employing federal agency concludes that representation is clearly unwarranted, it shall submit, in a timely manner, to the Civil Division or other appropriate litigating division (Antitrust, Civil Rights, Criminal, Land and Natural Resources or the Tax Division), a statement containing its findings as to whether the employee was acting within the scope of his employment and its recommendation for or against providing representation. The statement should be accompanied by all available factual information. In emergency situations the litigating division may initiate conditional representation after a telephone request from the

1:15-cv-1975
Doc. No. 00062

appropriate official of the employing agency. In such cases, the written request and appropriate documentation must be subsequently provided.

As I explained to you yesterday, in a *Bivens* action, the providers may request representation in their individual capacity by submitting the request in writing to our Deputy Associate General Counsel (please see Sample Letters I emailed you yesterday). After submission of the requests for personal representation by the providers and the CEO of the health center (employer of the providers), our office will then make a formal written request to the Torts staff at DOJ.

I must again reiterate that it is **NOT** our office that makes a determination regarding representation. DOJ has the **SOLE** authority to make decisions regarding representation (regardless of what our position may be).

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

---

**From:** Bryan McDermott [mailto:bmcdermott@oconnelllaw.com]
**Sent:** Thursday, October 22, 2015 6:58 PM
**To:** Christofferson, Mary (HHS/OGC); Evans, Molly
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Mary,

While we had hoped for a different response, thank you for confirming with the U.S. Attorney's Office what you conveyed to us this morning – i.e., that the United States will not be removing this case to federal district court and substituting itself for any of the named defendants, despite HHS OGC's position that Unity and its employees were acting within the scope of their employment with respect the alleged conduct.

I hope you understand that we have to take certain actions to best protect the interests of our respective clients. To that end, and because the individual Unity employees were acting within the scope of their employment, we intend to remove the case to federal court and assert that Unity and its employees are immune from this action under 42 USC § 233.

Thank you and please feel free to contact us with any questions.

Bryan

---

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 22, 2015 1:33 PM

1:15-cv-1975
Doc. No. 00063

**To:** Evans, Molly <mevans@feldesmantucker.com>; Bryan McDermott <bmcdermott@oconnelllaw.com>
**Cc:** Freedus, Matthew <mfreedus@feldesmantucker.com>
**Subject:** Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Hello Molly , Bryan-

Per our conference call this morning, I am following up on your question regarding removal of Unity Health Care, Inc. as a named defendant in the above-referenced case.  At this time, the USAO will not be involved with this case.  Our office believes that you should request that the judge dismiss Unity Health Care, Inc., because an entity cannot commit medical malpractice nor can it violate an individual's constitutional rights.  Please let me know if you have additional questions.

Thanks!

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

1:15-cv-1975
Doc. No. 00064

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Friday, October 23, 2015 3:58 PM |
| **To:** | 'Christofferson, Mary (HHS/OGC)'; Bryan McDermott |
| **Cc:** | Freedus, Matthew |
| **Subject:** | RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.) |

Dear Mary:

Thank you very much for your email summarizing the points you made during yesterday's call. We understand HHS's position. I wanted to follow up with one question.   During our call yesterday, you offered to contact the U.S. Attorney's Office (and Main Justice) regarding the case.  Can you please confirm that you did so, as well as with whom you spoke?

Many thanks,

Molly

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103
www.ftlf.com

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Friday, October 23, 2015 3:03 PM
**To:** Bryan McDermott; Evans, Molly
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Hello Bryan,

Thank you for your email.  I would like to summarize what I said yesterday during our phone conference:

Regardless of what HHS' position is regarding Unity and/or its employees, the **ULTIMATE** decision regarding certification and representation is that of DOJ.

1:15-cv-1975
Doc. No. 00065

This office did NOT find that the complaint alleged claims of medical malpractice, which would be covered under the Federally Supported Health Centers Assistance Act of 1992, as amended, 42 U.S.C. § 233(g)-(n).  Therefore, we did not request assistance from the United States Attorney's Office.

This office found that the Plaintiff alleged "deliberate indifference" to his medical needs, which was a violation to his constitutional rights, and viewed the complaint as a *Bivens* claim.  We believe the named providers may have an immunity defense to such claim under 42 U.S.C. § 233.

As I indicated during the conference call, the providers may seek personal representation from DOJ.  I specifically stated that this office has **NO** authority to act until the Torts Staff at DOJ makes a decision regarding representation.

Also, I have mentioned to you on the phone (in a previous conversation) and repeated yesterday that there are very strict procedural guidelines that the providers must follow if they are interested in personal representation by DOJ.   The procedure for obtaining individual capacity representation is outlined in 28 C.F.R § 50.15(a)(1).  I will briefly summarize 28 C.F.R § 50.15(a)(1):

When an employee believes he is entitled to representation by the Department of Justice in a proceeding, he must submit forthwith a written request for that representation, together with all process and pleadings served upon him, to his immediate supervisor or whomever is designated by the head of his department or agency. Unless the employee's employing federal agency concludes that representation is clearly unwarranted, it shall submit, in a timely manner, to the Civil Division or other appropriate litigating division (Antitrust, Civil Rights, Criminal, Land and Natural Resources or the Tax Division), a statement containing its findings as to whether the employee was acting within the scope of his employment and its recommendation for or against providing representation. The statement should be accompanied by all available factual information. In emergency situations the litigating division may initiate conditional representation after a telephone request from the appropriate official of the employing agency. In such cases, the written request and appropriate documentation must be subsequently provided.

As I explained to you yesterday, in a *Bivens* action, the providers may request representation in their individual capacity by submitting the request in writing to our Deputy Associate General Counsel (please see Sample Letters I emailed you yesterday).  After submission of the requests for personal representation by the providers and the CEO of the health center (employer of the providers), our office will then make a formal written request to the Torts staff at DOJ.

I must again reiterate that it is **NOT** our office that makes a determination regarding representation.  DOJ has the **SOLE** authority to make decisions regarding representation (regardless of what our position may be).


Mary


**Mary H. Christofferson, Staff Attorney**

**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**From:** Bryan McDermott [mailto:bmcdermott@oconnelllaw.com]
**Sent:** Thursday, October 22, 2015 6:58 PM
**To:** Christofferson, Mary (HHS/OGC); Evans, Molly
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Mary,

While we had hoped for a different response, thank you for confirming with the U.S. Attorney's Office what you conveyed to us this morning – i.e., that the United States will not be removing this case to federal district court and substituting itself for any of the named defendants, despite HHS OGC's position that Unity and its employees were acting within the scope of their employment with respect the alleged conduct.

I hope you understand that we have to take certain actions to best protect the interests of our respective clients. To that end, and because the individual Unity employees were acting within the scope of their employment, we intend to remove the case to federal court and assert that Unity and its employees are immune from this action under 42 USC § 233.

Thank you and please feel free to contact us with any questions.

Bryan

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 22, 2015 1:33 PM
**To:** Evans, Molly <mevans@feldesmantucker.com>; Bryan McDermott <bmcdermott@oconnelllaw.com>
**Cc:** Freedus, Matthew <mfreedus@feldesmantucker.com>
**Subject:** Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Hello Molly , Bryan-

Per our conference call this morning, I am following up on your question regarding removal of Unity Health Care, Inc. as a named defendant in the above-referenced case. At this time, the USAO will not be involved with this case. Our office believes that you should request that the judge dismiss Unity Health Care, Inc., because an entity cannot commit medical malpractice nor can it violate an individual's constitutional rights. Please let me know if you have additional questions.

Thanks!

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**Evans, Molly**

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Friday, October 23, 2015 4:04 PM |
| **To:** | Evans, Molly; Bryan McDermott |
| **Cc:** | Freedus, Matthew |
| **Subject:** | RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.) |

Hi Molly,

Pursuant to DOJ's request, I cannot confirm or deny any communication I have had with them.  I'm sorry that I cannot be any more responsive.

# Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Friday, October 23, 2015 3:58 PM
**To:** Christofferson, Mary (HHS/OGC); Bryan McDermott
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Dear Mary:

Thank you very much for your email summarizing the points you made during yesterday's call. We understand HHS's position. I wanted to follow up with one question.   During our call yesterday, you offered to contact the U.S. Attorney's Office (and Main Justice) regarding the case.  Can you please confirm that you did so, as well as with whom you spoke?

Many thanks,

Molly

**Molly S. Evans**
Partner

1:15-cv-1975
Doc. No. 00069

Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103
**www.ftlf.com**

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Friday, October 23, 2015 3:03 PM
**To:** Bryan McDermott; Evans, Molly
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Hello Bryan,

Thank you for your email.  I would like to summarize what I said yesterday during our phone conference:

Regardless of what HHS' position is regarding Unity and/or its employees, the **ULTIMATE** decision regarding certification and representation is that of DOJ.

This office did NOT find that the complaint alleged claims of medical malpractice, which would be covered under the Federally Supported Health Centers Assistance Act of 1992, as amended, 42 U.S.C. § 233(g)-(n).  Therefore, we did not request assistance from the United States Attorney's Office.

This office found that the Plaintiff alleged "deliberate indifference" to his medical needs, which was a violation to his constitutional rights, and viewed the complaint as a *Bivens* claim.  We believe the named providers may have an immunity defense to such claim under 42 U.S.C. § 233.

As I indicated during the conference call, the providers may seek personal representation from DOJ.  I specifically stated that this office has **NO** authority to act until the Torts Staff at DOJ makes a decision regarding representation.

Also, I have mentioned to you on the phone (in a previous conversation) and repeated yesterday that there are very strict procedural guidelines that the providers must follow if they are interested in personal representation by DOJ.   The procedure for obtaining individual capacity representation is outlined in 28 C.F.R § 50.15(a)(1).  I will briefly summarize 28 C.F.R § 50.15(a)(1):

When an employee believes he is entitled to representation by the Department of Justice in a proceeding, he must submit forthwith a written request for that representation, together with all process and pleadings served upon him, to his immediate supervisor or whomever is designated by the head of his department or agency. Unless the employee's employing federal agency concludes that representation is clearly unwarranted,

1:15-cv-1975
Doc. No. 00070

(Antitrust, Civil    it shall submit, in a timely manner, to the Civil Division or other appropriate litigating division

findings as to    Rights, Criminal, Land and Natural Resources or the Tax Division), a statement containing its

or against    whether the employee was acting within the scope of his employment and its recommendation for

information. In emergency    providing representation. The statement should be accompanied by all available factual

from the    situations the litigating division may initiate conditional representation after a telephone request

documentation    appropriate official of the employing agency. In such cases, the written request and appropriate

must be subsequently provided.

As I explained to you yesterday, in a *Bivens* action, the providers may request representation in their individual capacity by submitting the request in writing to our Deputy Associate General Counsel (please see Sample Letters I emailed you yesterday).  After submission of the requests for personal representation by the providers and the CEO of the health center (employer of the providers), our office will then make a formal written request to the Torts staff at DOJ.

I must again reiterate that it is **NOT** our office that makes a determination regarding representation.  DOJ has the **SOLE** authority to make decisions regarding representation (regardless of what our position may be).


# Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

---

**From:** Bryan McDermott [mailto:bmcdermott@oconnelllaw.com]
**Sent:** Thursday, October 22, 2015 6:58 PM
**To:** Christofferson, Mary (HHS/OGC); Evans, Molly
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Mary,

While we had hoped for a different response, thank you for confirming with the U.S. Attorney's Office what you conveyed to us this morning – i.e., that the United States will not be removing this case to federal district court and substituting itself for any of the named defendants, despite HHS OGC's position that Unity and its employees were acting within the scope of their employment with respect the alleged conduct.

1:15-cv-1975
Doc. No. 00071

I hope you understand that we have to take certain actions to best protect the interests of our respective clients.  To that end, and because the individual Unity employees were acting within the scope of their employment, we intend to remove the case to federal court and assert that Unity and its employees are immune from this action under 42 USC § 233.

Thank you and please feel free to contact us with any questions.

Bryan

---

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 22, 2015 1:33 PM
**To:** Evans, Molly <mevans@feldesmantucker.com>; Bryan McDermott <bmcdermott@oconnelllaw.com>
**Cc:** Freedus, Matthew <mfreedus@feldesmantucker.com>
**Subject:** Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Hello Molly , Bryan-

Per our conference call this morning, I am following up on your question regarding removal of Unity Health Care, Inc. as a named defendant in the above-referenced case.  At this time, the USAO will not be involved with this case.  Our office believes that you should request that the judge dismiss Unity Health Care, Inc., because an entity cannot commit medical malpractice nor can it violate an individual's constitutional rights.  Please let me know if you have additional questions.

Thanks!

Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

1:15-cv-1975
Doc. No. 00072

**Evans, Molly**

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Monday, October 26, 2015 3:30 PM |
| **To:** | Evans, Molly |
| **Cc:** | Freedus, Matthew; Bryan McDermott |
| **Subject:** | RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding communication with DOJ/USAO) |

Hello Molly-

While the general rule is that HHS is NOT to discuss when and/or if we speak to DOJ with the CHC and/or its counsel, I feel oblige to inform you that last Friday I spoke with Roger Einerson (at main DOJ) to discuss your attempts to get our office to discuss issues relating to the pending litigation in this case, and I again spoke with Roger today, who informed me that you and Matt called him about this case.

This email is to inform you that our office has NOT forwarded the Wallace Mitchell complaint to either DOJ or the USAO.  DOJ and the USAO do NOT have any information regarding this complaint (other than what was briefly discussed on my call with Roger last Friday).

Please feel free to contact me should you have any other questions.


Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Friday, October 23, 2015 3:58 PM
**To:** Christofferson, Mary (HHS/OGC); Bryan McDermott
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Dear Mary:

Thank you very much for your email summarizing the points you made during yesterday's call. We understand HHS's position. I wanted to follow up with one question.   During our call yesterday, you offered to contact the U.S. Attorney's Office (and Main Justice) regarding the case.  Can you please confirm that you did so, as well as with whom you spoke?

1:15-cv-1975
Doc. No. 00073

Many thanks,

Molly

**Molly S. Evans**
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

**www.ftlf.com**

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Friday, October 23, 2015 3:03 PM
**To:** Bryan McDermott; Evans, Molly
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Hello Bryan,

Thank you for your email.  I would like to summarize what I said yesterday during our phone conference:

Regardless of what HHS' position is regarding Unity and/or its employees, the **ULTIMATE** decision regarding certification and representation is that of DOJ.

This office did NOT find that the complaint alleged claims of medical malpractice, which would be covered under the Federally Supported Health Centers Assistance Act of 1992, as amended, 42 U.S.C. § 233(g)-(n).  Therefore, we did not request assistance from the United States Attorney's Office.

This office found that the Plaintiff alleged "deliberate indifference" to his medical needs, which was a violation to his constitutional rights, and viewed the complaint as a *Bivens* claim.  We believe the named providers may have an immunity defense to such claim under 42 U.S.C. § 233.

As I indicated during the conference call, the providers may seek personal representation from DOJ.  I specifically stated that this office has **NO** authority to act until the Torts Staff at DOJ makes a decision regarding representation.

Also, I have mentioned to you on the phone (in a previous conversation) and repeated yesterday that there are very strict procedural guidelines that the providers must follow if they are interested in personal representation by DOJ.   The procedure for obtaining individual capacity representation is outlined in 28 C.F.R § 50.15(a)(1).  I will briefly summarize 28 C.F.R § 50.15(a)(1):

    When an employee believes he is entitled to representation by the Department of Justice in a proceeding,

1:15-cv-1975
Doc. No. 00074

pleadings                          he must submit forthwith a written request for that representation, together with all process and

                                   served upon him, to his immediate supervisor or whomever is designated by the head of his

department or

                                   agency. Unless the employee's employing federal agency concludes that representation is clearly

unwarranted,

                                   it shall submit, in a timely manner, to the Civil Division or other appropriate litigating division

(Antitrust, Civil

                                   Rights, Criminal, Land and Natural Resources or the Tax Division), a statement containing its

findings as to

                                   whether the employee was acting within the scope of his employment and its recommendation for

or against

                                   providing representation. The statement should be accompanied by all available factual

information. In emergency

                                   situations the litigating division may initiate conditional representation after a telephone request

from the

                                   appropriate official of the employing agency. In such cases, the written request and appropriate

documentation

                                   must be subsequently provided.

As I explained to you yesterday, in a *Bivens* action, the providers may request representation in their individual capacity by submitting the request in writing to our Deputy Associate General Counsel (please see Sample Letters I emailed you yesterday).  After submission of the requests for personal representation by the providers and the CEO of the health center (employer of the providers), our office will then make a formal written request to the Torts staff at DOJ.

I must again reiterate that it is **NOT** our office that makes a determination regarding representation.  DOJ has the **SOLE** authority to make decisions regarding representation (regardless of what our position may be).


Mary


**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

---

**From:** Bryan McDermott [mailto:bmcdermott@oconnelllaw.com]
**Sent:** Thursday, October 22, 2015 6:58 PM
**To:** Christofferson, Mary (HHS/OGC); Evans, Molly
**Cc:** Freedus, Matthew
**Subject:** RE: Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Mary,

While we had hoped for a different response, thank you for confirming with the U.S. Attorney's Office what you conveyed to us this morning – i.e., that the United States will not be removing this case to federal district court and substituting itself for any of the named defendants, despite HHS OGC's position that Unity and its employees were acting within the scope of their employment with respect the alleged conduct.

I hope you understand that we have to take certain actions to best protect the interests of our respective clients. To that end, and because the individual Unity employees were acting within the scope of their employment, we intend to remove the case to federal court and assert that Unity and its employees are immune from this action under 42 USC § 233.

Thank you and please feel free to contact us with any questions.

Bryan

**From:** Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
**Sent:** Thursday, October 22, 2015 1:33 PM
**To:** Evans, Molly <mevans@feldesmantucker.com>; Bryan McDermott <bmcdermott@oconnelllaw.com>
**Cc:** Freedus, Matthew <mfreedus@feldesmantucker.com>
**Subject:** Wallace Mitchell v. Ephrussi, et al. (Response to question regarding removal of Unity Health Care, Inc.)

Hello Molly , Bryan-

Per our conference call this morning, I am following up on your question regarding removal of Unity Health Care, Inc. as a named defendant in the above-referenced case. At this time, the USAO will not be involved with this case. Our office believes that you should request that the judge dismiss Unity Health Care, Inc., because an entity cannot commit medical malpractice nor can it violate an individual's constitutional rights. Please let me know if you have additional questions.

Thanks!

Mary

**Mary H. Christofferson, Staff Attorney**
**Department of Health and Human Services**
**Office of the General Counsel**
**General Law Division**
**330 C Street, S.W.**
**Switzer Building - Suite 2600**
**Washington, D.C. 20201**
**202-619-2434 (phone)**
**202-619-2922 (fax)**
**E-mail: mary.christofferson@hhs.gov**

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Monday, November 02, 2015 2:27 PM |
| **To:** | 'Einerson, Roger (CIV)' |
| **Cc:** | Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov) |
| **Subject:** | RE: Wallace Mitchell |

Thank you for the update, Roger.  Mary, I will look forward to hearing from you at your earliest convenience.

Kind regards,

Molly

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103
www.ftlf.com

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Einerson, Roger (CIV) [mailto:Roger.Einerson@usdoj.gov]
**Sent:** Monday, November 02, 2015 12:58 PM
**To:** Evans, Molly
**Cc:** Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov)
**Subject:** RE: Wallace Mitchell

I understand that HHS is reaching out to the USAO.  Mary will follow up with you.

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Monday, November 02, 2015 11:25 AM
**To:** Einerson, Roger (CIV)
**Subject:** Wallace Mitchell

Dear Roger:

I am following up on our telephone conversations on Monday and Thursday of last week regarding Wallace Mitchell v. C. Ephrussi et al (DC Superior Court Case Number 15CA4380).  When we spoke on Thursday, you stated that you were going to make a call about the case.  Do you have any more information at this time?

Kind regards,

1:15-cv-1975
Doc. No. 00077

Molly Evans

**Molly S. Evans**
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

www.ftlf.com

F E L D E S M A N + T U C K E R + L E I F E R + F I D E L L

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

1:15-cv-1975
Doc. No. 00078

**Evans, Molly**

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Tuesday, November 03, 2015 12:40 PM |
| **To:** | Christofferson, Mary (HHS/OGC) |
| **Cc:** | Einerson, Roger (CIV) |
| **Subject:** | Re: Wallace Mitchell |

Thank you for the update, Mary. Can you please let me know who the AUSA assigned to the case is (or if no AUSA has been assigned, the name of the person with whom you spoke).

Thanks,

Molly

Sent from my iPhone

On Nov 3, 2015, at 12:31 PM, Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> wrote:

> Hello Molly,
>
> I received a call from the USAO-DC, and was advised that they received the complaint and files for the above-referenced case.   The only information I can provide you with today is that they are currently reviewing the documents.  Please feel free to contact me with any additional questions.
>
> Thanks!
>
> # Mary
>
> **Mary H. Christofferson, Staff Attorney**
> **Department of Health and Human Services**
> **Office of the General Counsel**
> **General Law Division**
> **330 C Street, S.W.**
> **Switzer Building - Suite 2600**
> **Washington, D.C. 20201**
> **202-619-2434 (phone)**
> **202-619-2922 (fax)**
> **E-mail: mary.christofferson@hhs.gov**
>
> ---
>
> **From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
> **Sent:** Monday, November 02, 2015 2:27 PM
> **To:** 'Einerson, Roger (CIV)'
> **Cc:** Christofferson, Mary (HHS/OGC)
> **Subject:** RE: Wallace Mitchell
>
> Thank you for the update, Roger.  Mary, I will look forward to hearing from you at your earliest convenience.

1

Kind regards,

Molly


**Molly S. Evans**
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

www.ftlf.com

FELDESMAN + TUCKER + LEIFER + FIDELL


CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Einerson, Roger (CIV) [mailto:Roger.Einerson@usdoj.gov]
**Sent:** Monday, November 02, 2015 12:58 PM
**To:** Evans, Molly
**Cc:** Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov)
**Subject:** RE: Wallace Mitchell

I understand that HHS is reaching out to the USAO.  Mary will follow up with you.

---

**From:** Evans, Molly [mailto:mevans@feldesmantucker.com]
**Sent:** Monday, November 02, 2015 11:25 AM
**To:** Einerson, Roger (CIV)
**Subject:** Wallace Mitchell

Dear Roger:

I am following up on our telephone conversations on Monday and Thursday of last week regarding Wallace Mitchell v. C. Ephrussi et al (DC Superior Court Case Number 15CA4380).  When we spoke on Thursday, you stated that you were going to make a call about the case.  Do you have any more information at this time?


Kind regards,

Molly Evans


Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400

1:15-cv-1975
Doc. No. 00080

Washington, DC 20036
**T.** 202.466.8960
**F.** 202.293.8103

**www.ftlf.com**

FELDESMAN + TUCKER + LEIFER + FIDELL

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

## Evans, Molly

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Tuesday, November 03, 2015 2:33 PM |
| **To:** | 'Christofferson, Mary (HHS/OGC)' |
| **Subject:** | RE: Wallace Mitchell |

Thank you, Mary.  I have reached out to Damon.  Can you tell me what HHS's position is on this case now?

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify  immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

-----Original Message-----
From: Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
Sent: Tuesday, November 03, 2015 12:55 PM
To: Evans, Molly
Subject: RE: Wallace Mitchell

Yes, the AUSA assigned to the case is Damon Taafe.

Mary

Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov

1

-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, November 03, 2015 12:40 PM
To: Christofferson, Mary (HHS/OGC)
Cc: Einerson, Roger (CIV)
Subject: Re: Wallace Mitchell

Thank you for the update, Mary. Can you please let me know who the AUSA assigned to the case is (or if no AUSA has been assigned, the name of the person with whom you spoke).

Thanks,

Molly

Sent from my iPhone

On Nov 3, 2015, at 12:31 PM, Christofferson, Mary (HHS/OGC)
<Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>> wrote:

Hello Molly,

I received a call from the USAO-DC, and was advised that they received the complaint and files for the above-referenced case.   The only information I can provide you with today is that they are currently reviewing the documents.  Please feel free to contact me with any additional questions.

Thanks!

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov<mailto:mary.christofferson@hhs.gov>

From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Monday, November 02, 2015 2:27 PM
To: 'Einerson, Roger (CIV)'
Cc: Christofferson, Mary (HHS/OGC)
Subject: RE: Wallace Mitchell

Thank you for the update, Roger.  Mary, I will look forward to hearing from you at your earliest convenience.

Kind regards,

1:15-cv-1975
Doc. No. 00083

Molly

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http://www.ftlf.com/>

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com> immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

From: Einerson, Roger (CIV) [mailto:Roger.Einerson@usdoj.gov]
Sent: Monday, November 02, 2015 12:58 PM
To: Evans, Molly
Cc: Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>)
Subject: RE: Wallace Mitchell

I understand that HHS is reaching out to the USAO.  Mary will follow up with you.

From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Monday, November 02, 2015 11:25 AM
To: Einerson, Roger (CIV)
Subject: Wallace Mitchell

Dear Roger:

I am following up on our telephone conversations on Monday and Thursday of last week regarding Wallace Mitchell v. C. Ephrussi et al (DC Superior Court Case Number 15CA4380).  When we spoke on Thursday, you stated that you were going to make a call about the case.  Do you have any more information at this time?

Kind regards,

Molly Evans

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036

3

1:15-cv-1975
Doc. No. 00084

T. 202.466.8960
F. 202.293.8103

www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http://www.ftlf.com/>

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com> immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**Evans, Molly**

---

| | |
|---|---|
| **From:** | Evans, Molly |
| **Sent:** | Tuesday, November 03, 2015 3:18 PM |
| **To:** | 'Christofferson, Mary (HHS/OGC)' |
| **Subject:** | RE: Wallace Mitchell (status) |

Dear Mary:

Thanks for your email.  Could you please clarify what it is that HHS is reviewing?  Is it whether HHS will request that the USAO remove the case and substitute the United States for all defendants in the case or is it whether HHS will request that USAO secure representation for individual defendants?

I appreciate your guidance in this matter.

Kind regards,

Molly


Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com
CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify  immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

-----Original Message-----
From: Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
Sent: Tuesday, November 03, 2015 2:53 PM
To: Evans, Molly
Subject: RE: Wallace Mitchell (status)

Hello Molly,

I have spoken with my lead attorney, and would like to inform you that you will receive a letter from our office once we move forward with this case; any other future questions from your office regarding the status of this case will most likely result in the same answer: it is under review.  Additionally, I would like to take this opportunity to remind you that the decision regarding representation ultimately is that of DOJ.

1:15-cv-1975
Doc. No. 00086

Thanks!

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov


-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, November 03, 2015 2:33 PM
To: Christofferson, Mary (HHS/OGC)
Subject: RE: Wallace Mitchell

Thank you, Mary.  I have reached out to Damon.  Can you tell me what HHS's position is on this case now?




Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com
CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman
Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain
privileged attorney-client communications or work product. Any dissemination by anyone other than an intended
recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail
or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error,
notify  immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and
destroy any printouts.
-----Original Message-----
From: Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
Sent: Tuesday, November 03, 2015 12:55 PM
To: Evans, Molly
Subject: RE: Wallace Mitchell

Yes, the AUSA assigned to the case is Damon Taafe.

Mary

Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov

-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, November 03, 2015 12:40 PM
To: Christofferson, Mary (HHS/OGC)
Cc: Einerson, Roger (CIV)
Subject: Re: Wallace Mitchell

Thank you for the update, Mary. Can you please let me know who the AUSA assigned to the case is (or if no AUSA has been assigned, the name of the person with whom you spoke).

Thanks,

Molly

Sent from my iPhone

On Nov 3, 2015, at 12:31 PM, Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>> wrote:

Hello Molly,

I received a call from the USAO-DC, and was advised that they received the complaint and files for the above-referenced case.   The only information I can provide you with today is that they are currently reviewing the documents.  Please feel free to contact me with any additional questions.

Thanks!

Mary

Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201

1:15-cv-1975
Doc. No. 00088

202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov<mailto:mary.christofferson@hhs.gov>

From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Monday, November 02, 2015 2:27 PM
To: 'Einerson, Roger (CIV)'
Cc: Christofferson, Mary (HHS/OGC)
Subject: RE: Wallace Mitchell

Thank you for the update, Roger.  Mary, I will look forward to hearing from you at your earliest convenience.

Kind regards,

Molly

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http://www.ftlf.com/>


CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com> immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.


From: Einerson, Roger (CIV) [mailto:Roger.Einerson@usdoj.gov]
Sent: Monday, November 02, 2015 12:58 PM
To: Evans, Molly
Cc: Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>)
Subject: RE: Wallace Mitchell

I understand that HHS is reaching out to the USAO.  Mary will follow up with you.

From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Monday, November 02, 2015 11:25 AM
To: Einerson, Roger (CIV)
Subject: Wallace Mitchell

Dear Roger:

4

1:15-cv-1975
Doc. No. 00089

I am following up on our telephone conversations on Monday and Thursday of last week regarding Wallace Mitchell v. C. Ephrussi et al (DC Superior Court Case Number 15CA4380).  When we spoke on Thursday, you stated that you were going to make a call about the case.  Do you have any more information at this time?

Kind regards,

Molly Evans

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http://www.ftlf.com/>

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com> immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

## Evans, Molly

**From:** Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov>
**Sent:** Tuesday, November 03, 2015 8:46 PM
**To:** Evans, Molly
**Subject:** RE: Wallace Mitchell (status)

We are reviewing both issues that you brought up.

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov


-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, November 03, 2015 3:18 PM
To: Christofferson, Mary (HHS/OGC)
Subject: RE: Wallace Mitchell (status)

Dear Mary:

Thanks for your email.  Could you please clarify what it is that HHS is reviewing?  Is it whether HHS will request that
the USAO remove the case and substitute the United States for all defendants in the case or is it whether HHS will
request that USAO secure representation for individual defendants?

I appreciate your guidance in this matter.

Kind regards,

Molly


Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

1:15-cv-1975
Doc. No. 00091

www.ftlf.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify  immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

-----Original Message-----
From: Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
Sent: Tuesday, November 03, 2015 2:53 PM
To: Evans, Molly
Subject: RE: Wallace Mitchell (status)

Hello Molly,

I have spoken with my lead attorney, and would like to inform you that you will receive a letter from our office once we move forward with this case; any other future questions from your office regarding the status of this case will most likely result in the same answer: it is under review.  Additionally, I would like to take this opportunity to remind you that the decision regarding representation ultimately is that of DOJ.

Thanks!

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov


-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, November 03, 2015 2:33 PM
To: Christofferson, Mary (HHS/OGC)
Subject: RE: Wallace Mitchell

Thank you, Mary.  I have reached out to Damon.  Can you tell me what HHS's position is on this case now?


Molly S. Evans

2

Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com
CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.
-----Original Message-----
From: Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
Sent: Tuesday, November 03, 2015 12:55 PM
To: Evans, Molly
Subject: RE: Wallace Mitchell

Yes, the AUSA assigned to the case is Damon Taafe.


Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov


-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, November 03, 2015 12:40 PM
To: Christofferson, Mary (HHS/OGC)
Cc: Einerson, Roger (CIV)
Subject: Re: Wallace Mitchell

Thank you for the update, Mary. Can you please let me know who the AUSA assigned to the case is (or if no AUSA has been assigned, the name of the person with whom you spoke).

Thanks,

Molly

3

Sent from my iPhone

On Nov 3, 2015, at 12:31 PM, Christofferson, Mary (HHS/OGC)
<Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>> wrote:

Hello Molly,

I received a call from the USAO-DC, and was advised that they received the complaint and files for the above-referenced case.   The only information I can provide you with today is that they are currently reviewing the documents.  Please feel free to contact me with any additional questions.

Thanks!

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov<mailto:mary.christofferson@hhs.gov>

From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Monday, November 02, 2015 2:27 PM
To: 'Einerson, Roger (CIV)'
Cc: Christofferson, Mary (HHS/OGC)
Subject: RE: Wallace Mitchell

Thank you for the update, Roger.  Mary, I will look forward to hearing from you at your earliest convenience.

Kind regards,

Molly

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http://www.ftlf.com/>

1:15-cv-1975
Doc. No. 00094

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com> immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

From: Einerson, Roger (CIV) [mailto:Roger.Einerson@usdoj.gov]
Sent: Monday, November 02, 2015 12:58 PM
To: Evans, Molly
Cc: Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>)
Subject: RE: Wallace Mitchell

I understand that HHS is reaching out to the USAO.  Mary will follow up with you.

From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Monday, November 02, 2015 11:25 AM
To: Einerson, Roger (CIV)
Subject: Wallace Mitchell

Dear Roger:

I am following up on our telephone conversations on Monday and Thursday of last week regarding Wallace Mitchell v. C. Ephrussi et al (DC Superior Court Case Number 15CA4380).  When we spoke on Thursday, you stated that you were going to make a call about the case.  Do you have any more information at this time?

Kind regards,

Molly Evans

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http://www.ftlf.com/>

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com> immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

1:15-cv-1975
Doc. No. 00095

6

**Evans, Molly**

| | |
|---|---|
| **From:** | Christofferson, Mary (HHS/OGC) <Mary.Christofferson@hhs.gov> |
| **Sent:** | Tuesday, November 03, 2015 2:35 PM |
| **To:** | Evans, Molly |
| **Cc:** | Hawkins, Daretia (HHS/OGC); Taaffe, Damon (USADC); Einerson, Roger (CIV) |
| **Subject:** | RE: Wallace Mitchell |

Hi Molly,

It is still under review.

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov


-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, November 03, 2015 2:33 PM
To: Christofferson, Mary (HHS/OGC)
Subject: RE: Wallace Mitchell

Thank you, Mary.  I have reached out to Damon.  Can you tell me what HHS's position is on this case now?


Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com
CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended

recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify  immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

-----Original Message-----
From: Christofferson, Mary (HHS/OGC) [mailto:Mary.Christofferson@hhs.gov]
Sent: Tuesday, November 03, 2015 12:55 PM
To: Evans, Molly
Subject: RE: Wallace Mitchell

Yes, the AUSA assigned to the case is Damon Taafe.

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov


-----Original Message-----
From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Tuesday, November 03, 2015 12:40 PM
To: Christofferson, Mary (HHS/OGC)
Cc: Einerson, Roger (CIV)
Subject: Re: Wallace Mitchell

Thank you for the update, Mary. Can you please let me know who the AUSA assigned to the case is (or if no AUSA has been assigned, the name of the person with whom you spoke).

Thanks,

Molly

Sent from my iPhone

On Nov 3, 2015, at 12:31 PM, Christofferson, Mary (HHS/OGC)
<Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>> wrote:

Hello Molly,

I received a call from the USAO-DC, and was advised that they received the complaint and files for the above-referenced case.  The only information I can provide you with today is that they are currently reviewing the documents.  Please feel free to contact me with any additional questions.

Thanks!

Mary


Mary H. Christofferson, Staff Attorney
Department of Health and Human Services
Office of the General Counsel
General Law Division
330 C Street, S.W.
Switzer Building - Suite 2600
Washington, D.C. 20201
202-619-2434 (phone)
202-619-2922 (fax)
E-mail: mary.christofferson@hhs.gov<mailto:mary.christofferson@hhs.gov>

From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Monday, November 02, 2015 2:27 PM
To: 'Einerson, Roger (CIV)'
Cc: Christofferson, Mary (HHS/OGC)
Subject: RE: Wallace Mitchell

Thank you for the update, Roger.  Mary, I will look forward to hearing from you at your earliest convenience.

Kind regards,

Molly

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http://www.ftlf.com/>


CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com> immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.


From: Einerson, Roger (CIV) [mailto:Roger.Einerson@usdoj.gov]
Sent: Monday, November 02, 2015 12:58 PM

To: Evans, Molly
Cc: Christofferson, Mary (HHS/OGC) (Mary.Christofferson@hhs.gov<mailto:Mary.Christofferson@hhs.gov>)
Subject: RE: Wallace Mitchell

I understand that HHS is reaching out to the USAO.  Mary will follow up with you.


From: Evans, Molly [mailto:mevans@feldesmantucker.com]
Sent: Monday, November 02, 2015 11:25 AM
To: Einerson, Roger (CIV)
Subject: Wallace Mitchell

Dear Roger:

I am following up on our telephone conversations on Monday and Thursday of last week regarding Wallace Mitchell v. C. Ephrussi et al (DC Superior Court Case Number 15CA4380).  When we spoke on Thursday, you stated that you were going to make a call about the case.  Do you have any more information at this time?

Kind regards,

Molly Evans

Molly S. Evans
Partner
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
T. 202.466.8960
F. 202.293.8103

www.ftlf.com<http://www.ftlf.com>

[FELDESMAN + TUCKER + LEIFER + FIDELL]<http://www.ftlf.com/>


CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Tucker Leifer Fidell LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify mevans@feldesmantucker.com<mailto:mevans@feldesmantucker.com> immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| WALLACE MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DR. C. EPHRUSSI, *et al.*, | ) | No. 2015-ca-4380 |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF THE UNITED STATES UNDER 42 U.S.C. § 233(l)**

The United States of America, by and through the United States Attorney for the District of Columbia, provides the following notice pursuant to 42 U.S.C. § 233(l):

1.      The Attorney General received notice on October 28, 2015, of this state court action against defendants Unity Health Care, Inc., an entity described in 42 U.S.C. § 233(g)(4) (a public or non-profit private entity receiving Federal funds under section 254b of Title 42); Dr. C. Ephrussi, Dr. Amy Morgan, Dr. Ann Savarese, Dr. Nora Bammidi, Dr. Julenda Buschulte, Dr. Karen Harrison, P.A. Hightower, Gloria Fitzgerald, "Hammond," and "Chukwu," employees of Unity Health Care; and the District of Columbia Department of Corrections.

2.      Pursuant to 42 U.S.C. § 233(l)(1), the United States is appearing for the limited purpose of advising the court as to whether the Secretary of HHS has determined that Unity Health Care and the individual defendants were "deemed" to be "employee[s] of the Public Health Service" with respect to the actions or omissions that are the subject of this civil action.

3.      At present, HHS has advised that Unity Health Care was "deemed" to be an "employee of the Public Health Service" from January 1, 2014, through December 31, 2015. HHS has not yet provided its recommendation as to whether defendants' deemed status under 42

U.S.C. §§ 233(g) and (h) extends to the acts or omissions that are the subject of this civil action. *See* 42 U.S.C. § 233(l)(1).  *See* 28 C.F.R. § 15.3.

    4.    Once HHS has completed its review and provided a recommendation, the United States Attorney, as the U.S. Attorney General's delegate, will determine whether the acts alleged fall within the scope of 42 U.S.C. § 233(a) or were otherwise within the scope of employment. *See* 42 U.S.C. § 233(c); 28 C.F.R. § 15.4(b).   The United States Attorney has not yet been provided with sufficient information to make that determination.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    */s/  Damon Taaffe*
    DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544
damon.taaffe@usdoj.gov

1:15-cv-1975
Doc. No. 000102

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that the foregoing

NOTICE OF THE UNITED STATES UNDER 42 U.S.C. § 233(l) was filed electronically and

sent by first-class mail on November 3, 2015, to the following:

Mr. Wallace Mitchell, #245357          David A. Jackson, #471535
DC Jail                                Assistant Attorney General
1901 D Street, SE                      Office of the Attorney General
Washington, DC 20003                   441 Fourth Street, NW Ste. 630 S
                                       Washington, D.C. 20001
                                       (202) 724-6618
                                       Davida.jackson@dc.gov


                                       s/ Damon W. Taaffe
                                       DAMON W. TAAFFE
                                       Assistant United States Attorney
                                       Assistant United States Attorney
                                       555 Fourth Street, N.W.
                                       Washington, D.C. 20530
                                       (202) 252-2544
                                       damon.taaffe@usdoj.gov