UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WALLACE G. MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. C. EPHRUSSI, *et al.*,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 15-cv-1975 (KBJ)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF PARTY

Defendant United States of America hereby substitutes itself as defendant in place of defendants Unity Health Care, Inc., Dr. Clarence Hammond, Dr. Otis Egins, Dr. Karen Harrison, Dr. Jualenda Boschulte, Dr. Nora Bammidi, Dr. Henry Marshall, Dr. Ann Savarese, Dr. Amy Morgan, Dr. Corey Ephrussi, Gloria Fitzgerald, P.A., and Larnette Hightower, P.A. ("Substituted Defendants").  The grounds for this substitution are set forth below.

    1.    The Substituted Defendants are named in the above-captioned civil action initially filed in the Superior Court for the District of Columbia (Civil Action No. 2015-ca-4380), and subsequently removed to this Court (ECF No. 1).

    2.    Pursuant to the notice provided under 42 U.S.C. § 233(*l*) (attached as Exhibit A hereto), certain defendants were deemed to be employees of the Public Health Service with respect to the acts or omissions that are the subject of this suit under the Federal Tort Claims Act, 28 U.S.C. § 1346(b).

    3.    On the basis of the Complaint and other available information, Daniel Van Horn, Chief of the Civil Division, United States Attorney's Office for the District of

Columbia, acting pursuant to delegated authority, has certified pursuant to 42 U.S.C. § 233(a) and (g) that the Substituted Defendants were acting within the scope of their office or employment at the time of the alleged incidents.  *See* Exhibit B hereto (certification); 28 C.F.R. § 15.4.  This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall, as a matter of law, be substituted for the Substituted Defendants.

        Respectfully submitted,

        CHANNING D. PHILLIPS, D.C. Bar No. 415793
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:   /s/   *Damon Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney, Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544
        damon.taaffe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of November, 2015, the foregoing was mailed to plaintiff via First Class Mail, postage prepaid, at the following address:

Wallace G. Mitchell
#245357
DC Jail
1901 D Street, SE
Washington, DC 20003

By:_ s/ Damon W. Taaffe____
Damon W. Taaffe